**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cv-00867-RCJ-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THOMAS GAETANO DEVITO, ) | |
| ) | |
| Defendants. ) | |

The court conducted a status conference in this matter on November 9, 2010. John Krieger and Robert McKirgan were present on behalf of Plaintiff. Maximiliano Couvillier, Samuel Lionel, David Korzenik, and Booker Evans were present on behalf of Defendant. During the status conference, the court heard arguments from counsel concerning an adjustment to the Discovery Plan and Scheduling Order. The parties indicate there may be discovery disputes in the future based upon their outstanding discovery needs.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Parties are directed to meet and confer to attempt to resolve their outstanding discovery disputes.
2. Counsel shall exchange lists of proposed depositions to be taken by **November 19, 2010.**
3. Counsel shall have until **December 3, 2010**, to file any Motion(s) to Compel and/or Motion(s) for Protective Order. Responses shall be filed fourteen days thereafter, and replies shall be filed seven days after any response filed.
4. A hearing on any motions that are filed and/or a status conference is scheduled for **January 4, 2011, at 10:00 a.m.**

5. The following discovery plan and scheduling order dates shall apply:
   a. Last date to complete discovery: **May 16, 2011.**
   b. Last date to amend pleadings and add parties: **February 16, 2011.**
   c. Last date to file interim status report: **March 16, 2011.**
   d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 16, 2011.**
   e. Last date to disclose rebuttal experts: **April 15, 2011.**
   f. Last date to file dispositive motions: **June 15, 2011.**
   g. Last date to file joint pretrial order: **July 15, 2011.**   In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

6. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

7. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., April 26, 2011,** and shall fully comply with the requirements of LR 26-4.

8. Pursuant to the direction of the District Judge that trial be set on the trial stack closest to 120 days after the close of discovery, trial is set for **November 15, 2011 at 8:30 a.m.,** with calendar call on **November 7, 2011, at 8:30 a.m.** before Judge Robert C. Jones.

Dated this 17th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge