**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 1 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 1 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**

Gregory H. Guillot
ggmark@radix.net
Admitted *Pro Hac Vice*
GREGORY H. GUILLOT, P.C.
13455 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 774-4560
Facsimile: (214) 515-0411

John L. Krieger, (Nevada Bar No. 6023)
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8389

George L. Paul
GPaul@ LRLaw.com
Admitted *Pro Hac Vice*
Telephone: (602) 262 -5326
Facsimile: (602) 734 -3857
Robert H. McKirgan
RMck irgan@LRLaw.com
Admitted *Pro Hac Vice*
Telephone: (602) 262 -5396
Facsimile: (602) 734 -3863
LEWIS AND ROCA LLP
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>    Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**DECLARATION OF ROBERT H. MCKIRGAN UNDER PENALTY OF PERJURY** |

1. My name is Robert H. McKirgan. I am an attorney with the law firm of Lewis and Roca LLP and am licensed to practice law in Arizona and am admitted pro hac vice in this matter. I am one of the lawyers for the Plaintiff Donna Corbello.

2.     I have had numerous discussions with defense counsel regarding various discovery issues in this case and, particularly, with the matters raised in the Motion to Compel Re: Written Discovery to Dodger Theatricals Ltd. and JB Viva Vegas LP (the "Dodger Motion"). Those discussions have been primarily with David Korzenik, counsel for the New Defendants. Some of these discussions have included my co-counsel, Greg Guillot.

3.     Besides telephone calls, I participated in one in person meeting in Los Angeles, California per the Court's order that counsel meet and confer regarding pending discovery matters. I have also had a number of email exchanges with Mr. Korzenik as well as written correspondence.

4.     At the last status conference on November 9, 2010, I told the Court that the parties were at an impasse regarding a number of discovery issues and Mr. Korzenik concurred.

5.     Despite my good faith efforts, I have been unable to resolve the matters discussed in the Dodger Motion. It is my belief and assertion that many documents that are important to Plaintiff's case (as discussed in the Dodger Motion) remain unproduced. Based on my discussions with opposing counsel and a review of their responses to discovery requests, Dodger and JB Vegas agreed to produce many of the documents at issue in the Dodger Motion. To date, those documents have not been produced. As to other documents discussed in the Dodger Motion, the defendants have refused to produce despite my efforts to explain the relevance, discoverability and importance of the documents at issue.

6.     The assertions in the Dodger Motion that certain documents and category of documents have not been produced is based upon my personal review of portions of the defendants' document production (that related to the Jersey Boys ownership structure and financial information) and Mr. Guillot's review of all of the documents produced by the defendants.

7. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my ability and belief and are made in good faith.

Signed at Phoenix, Arizona on the 20th day of December, 2010.

_____
Robert H. McKirgan

3