**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 6 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY**
**TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 6 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY**
**TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

1 OF 1 RECORD(S)

# New York Secretary of State
# Corporate Filing

**Business Information**

| | |
|---|---|
| **Filing Number:** | 3398533 |
| **Name:** | JERSEY BOYS LLC |
| **Name Type:** | LEGAL |
| **STANDARD PROCESS ADDRESS:** | 400 CHAMBERS ST APT 18E<br>NEW YORK, NY 10282-1013 |
| **ORIGINAL PROCESS ADDRESS:** | 400 CHAMBERS ST., #18E<br>NEW YORK<br>NY<br>10282 |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | NEW YORK |
| **Date Incorporated:** | 08/09/2006 |
| **Terms:** | PERPETUAL |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE |

# Filing History

| | |
|---|---|
| **Filing Date:** | 10/11/2007 |
| **Description:** | CERTIFICATE OF PUBLICATION (DOMESTIC LIMITED LIABILITY COMPA;MICROFILM NBR: 071011000326 |

| | |
|---|---|
| **Filing Date:** | 08/09/2006 |
| **Description:** | ARTICLES OF ORGANIZATION (DOMESTIC LIMITED LIABILITY COMPANY;MICROFILM NBR: 060809000390 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

1 OF 1 RECORD(S)

# New York Secretary of State
# Corporate Filing

**Business Information**

| | |
|---|---|
| **Filing Number:** | 3893794 |
| **Name:** | JERSEY BOYS II LLC |
| **Name Type:** | LEGAL |
| **STANDARD PROCESS ADDRESS:** | 173 LUDLOW ST<br>NEW YORK, NY 10002-1537 |
| **ORIGINAL PROCESS ADDRESS:** | 173 LUDLOW ST.<br>NEW YORK<br>NY<br>10002 |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | NEW YORK |
| **Date Incorporated:** | 12/30/2009 |
| **Terms:** | PERPETUAL |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE |

# Filing History

| | |
|---|---|
| **Filing Date:** | 12/30/2009 |
| **Description:** | ARTICLES OF ORGANIZATION (DOMESTIC LIMITED LIABILITY COMPANY;MICROFILM NBR: 091230000604 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

1 OF 1 RECORD(S)

# New York Secretary of State
# Corporate Filing
**Business Information**

| | |
|---|---|
| Filing Number: | 3078609 |
| Name: | JERSEY BOYS LJP LLC |
| Name Type: | LEGAL |
| STANDARD PROCESS ADDRESS: | 230 W 41ST ST<br>NEW YORK, NY 10036-7207 |
| ORIGINAL PROCESS ADDRESS: | 230 WEST 41ST STREET<br>NEW YORK<br>NY<br>10036 |
| Business Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Status: | ACTIVE |
| Place Incorporated: | NEW YORK |
| County Incorporated: | NEW YORK |
| Date Incorporated: | 07/15/2004 |
| Terms: | PERPETUAL |
| Status Comment: | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE |

# Officers

| | |
|---|---|
| Name: | C/O DODGER STAGE HOLDING THEATRICALS, INC. |
| Standard Address: | Type:PROCESS ADDRESS<br>230 W 41ST ST<br>NEW YORK, NY 10036-7207 |
| Original Address: | NEW YORK NY   10036<br>230 WEST 41ST STREET |

# Filing History

| | |
|---|---|
| Filing Date: | 07/15/2004 |
| Description: | ARTICLES OF ORGANIZATION (DOMESTIC LIMITED LIABILITY COMPANY;MICROFILM NBR: 040715000664 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.