**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 7 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY**
**TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 7 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY**
**TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

SAMUEL S. LIONEL [Nevada Bar #1766]
TODD KENNEDY [Nevada Bar #6014]
LIONEL, SAWYER & COLLINS
300 So. 4th Street #1700
Las Vegas, Nevada 89101
Telephone: (702) 383-8884

DANIEL M. MAYEDA (State Bar No. 108543)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
Email: dmayeda@lpsla.com

DAVID S. KORZENIK
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue
Suite1120
New York, New York 10022-5702
Telephone: (212) 752-9200

Attorneys for Defendants
FRANKIE VALLI, ROBERT J. GAUDIO, MARSHALL BRICKMAN, ERIC S. ELICE, DES McANUFF, DSHT, INC. and DODGER THEATRICALS, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, an individual<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GAETANO DEVITO, an individual; FRANKIE VALLI, an individual, ROBERT J. GUADIO, an individual; MARSHALL BRICKMAN, an individual; ERIC S. ELICE a/k/a/ RICK ELICE, an individual; DES McANUFF, an individual; DSHT, INC. (formerly, "DODGER STAGE HOLDING THEATRICALS, INC.), a Delaware corporation; and DODGER THEATRICALS, LTD., a New York corporation,<br><br>Defendants. | CASE NO.: 2:08-cv-00867-RCJ-PAL<br><br>**DEFENDANTS DODGER THEATRICALS, LTD. and JB VIVA VEGAS LP'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT DODGER THEATRICALS, LTD. and TO JB VIVA VEGAS LP.** |

1

**DT INTERROGATORY NO. 4:**

Identify all documents relating to the payment of any monies, compensation, option payments or royalties to "Owner" (as defined in the *Letter Agreement*) pursuant to the *Letter Agreement*.

**VV Interrogatory No. 12:** Identify all Persons to whom you transfer or pay, or have transferred or paid, any revenues or income generated from the JERSEY BOYS production (s) identified in response to Interrogatory No. 8.

**RESPONSE TO DT INTERROGATORY NO. 4 AND VV INTERROGATORY NO. 12:**

There are numerous redundant documents reporting and evidencing the payments to the Owner and payments to others. The efficient way to convey this information is by drawing from 1099 Statements to Owners and others from Dodger. We have produced 1099's issued so far, reflecting payments to Owner and others. If further documents are needed, along with documents evidencing Defendants' cost and expenses, they will, as discussed, be provided in response to specific reasonable requests. The MCS's produced provide responsive information as well.

**VV. Interrogatory No.4**: Identify all your limited partners.

**Response to VV Interrogatory No. 4:** We will identify all limited partners who are defendants herein. They are: Robert Gaudio, Frankie Valli and DSHT Inc. Otherwise, we object to the disclosure of other limited partners who are solely passive investors in the limited partnership as the request for their disclosure is not reasonably calculated to lead to relevant evidence and it is confidential.

LEOPOLD, PETRICH & SMITH
A Professional Corporation

09-12-16 Combined DT and Jersey Boys VV Responses to Interrogatories.doc

Draft as of 12/16/2009– 3:32 PM

1  Jolla, California, to the present date.

2  **RESPONSE TO INTERROGATORY NO. 39:**

3  See financial documents produced which summarize financial information.

5  **INTERROGATORY NO. 40:**

6  Identify all promotion appearances by any Broadway, touring or other company of Jersey Boys, live, or in any recorded audio visual medium, including, but not limited to, television talk show appearance, in which scenes from the play were performed or reenacted, and identify all documents relating thereto.

10 **RESPONSE TO INTERROGATORY NO. 40:**

11 We have never done a scene from the play in any audiovisual promotional materials. Promotional audiovisual materials contain some songs from the play, b-roll, montage underneath music. There might be visual elements from a scene but no dialogue; No scenes from play were reenacted in promotional materials; just songs. There is a lead in before a song in a Tony Award performance broadcast which showed Frankie doing last speech from show as lead in to music.

DATED: December 16, 2009

_____
DAVID S. KORZENIK
MILLER KORZENIK SOMMERS LLP
Attorneys for Defendants
FRANKIE VALLI, ROBERT J. GAUDIO, MARSHALL BRICKMAN, ERIC S. ELICE, DES McANUFF, DSHT, INC., DODGER THEATRICALS, LTD. AND JB VIVA VEGAS L.P.

VERIFICATION
UNDER USC 28 § 1746

I have read the foregoing RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES and know its contents.

I am an officer of a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and to those matters I believe them to be true.

I declare under penalty of that the foregoing is true and correct.

Executed on December 16, 2009
New York, New York

_____
Edward Strong

1
2         I am employed in the County of New York, State of New York. I am over the age of 18 years and not a party to the within action. My business address is **488 Madison Avenue, 11th Floor, New York, NY 10022**.
3
4         On December 16, 2009, I served the foregoing document described as **DODGER THEATRICALS LTD'S AND JB VIVA VEGAS L.P'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** on the interested parties in this action.

6    ☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

   **SEE ATTACHED SERVICE LIST**

   ☐    **BY REGULAR MAIL:** I deposited such envelope in the mail at 488 Madison Avenue, New York, NY 10022. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

   ☐    **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

   ☐    **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) by electronic mail, and no error was reported. Said electronic mail(s) were directed as indicated on the service list.

   ☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

   ☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

Executed on December 16, 2009, New York, NY.

*/s/ Hortensa Thompson*
Hortensa Thompson

LEOPOLD, PETRICH & SMITH
A Professional Corporation

09-12-16 Combined DT and Jersey Boys VV Responses to Interrogatories.doc

Draft as of 12/16/2009– 3:32 PM

# SERVICE LIST

| | |
|---|---|
| Gregory H. Guillot<br>Gregory H. Guillot, PC<br>Suite 1000<br>13455 Noel Road<br>Dallas, TX 75240 | Attorney for Plaintiff<br>Donna Corbello<br>Tel: 972-774-4560<br>Fax: 214-515-0411<br>Email: ggmark@radix.net |
| George L. Paul<br>Lewis and Roca<br>40 North Central Avenue<br>Phoenix, AZ 85004-4429 | Attorney for Plaintiff<br>Tel: 602-262-5326<br>Fax: 602-734-3857<br>Email: gpaul@lrlaw.com |
| Daniel Mayeda<br>Leopold Petrich & Smith<br>2049 Century Park East, Suite 3110<br>Los Angeles, CA 90067-3274 | Attorney for Defendants<br><br>Frankie Valli Robert Gaudio, Marshall Brickman, Eric Elice, Des McAnuff, DSHT Inc., and Dodger Theatricals, Ltd.<br>Tel: (310) 277-3333<br>Fax: (310) 277-7444 |
| Lawrence B. Hancock<br>Greenberg Traurig, LLP<br>1000 Louisiana<br>Houston, TX 77002 | Attorney for Defendant<br>Thomas Gaetano DeVito<br>Tel: 713-374-3500<br>Fax: 713-374-3505<br>Email: hancockb@gtlaw.com |

LEOPOLD, PETRICH & SMITH
A Professional Corporation

09-12-16 Combined DT and Jersey Boys VV Responses to Interrogatories.doc

Draft as of 12/16/2009– 3:32 PM