**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 12 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 12 TO PLAINTIFF'S MOTION TO COMPEL RE: WRITTEN DISCOVERY TO DODGER THEATRICALS LTD AND JB VIVA VEGAS LP**
**INJUNCTIVE RELIEF**

**From:** FrankieValliandTheFourSeasons@yahoogroups.com [mailto:FrankieValliandTheFourSeasons@yahoogroups.com] **On Behalf Of** Susie Skarl
**Sent:** Monday, November 01, 2010 5:10 PM
**To:** FrankieValliandTheFourSeasons@yahoogroups.com
**Subject:** [FrankieValliandTheFourSeasons] Bob Gaudio celebrates five years of "Jersey Boys"

## Bob Gaudio celebrates five years of "Jersey Boys"

https://www.examiner.com/local-music-in-new-york/bob-gaudio-celebrates-five-years-of-jersey-boys

He lives in Nashville now, but original Jersey Boy Bob Gaudio will be back in New York this week when *Jersey Boys* celebrates its fifth anniversary on Broadway on Nov. 6.

"It really doesn't seem like five years--but it's been six years since we started up in La Jolla, so in my mind it's all even more unlikely," says Gaudio, who co-founded the Four Seasons and co-wrote so many of the fabled group's classic 1960s hits.

*Jersey Boys* did in fact premiere in 2004 at the La Jolla Playhouse. The musical went on to win Tony, Olivier and Grammy awards and on Oct. 13 became the longest running show in the 85-year history of Broadway's August Wilson Theatre after 2037 performances. It remains among Broadway's top-selling musicals and has been seen by over 7.4 million people globally, grossing over $852 million worldwide as of June, 2010. It's currently playing in New York, Las Vegas, London, Sidney and across the U.S. on a national tour.

"It's obviously been a thrill, and for it to have succeeded in this magnitude was totally unexpected," says Gaudio.

Indeed, on the eve of *Jersey Boys*' Broadway opening, Gaudio expressed concern that the show might go the way of *Good Vibrations* and *Lennon*, the respective Beach Boys and John Lennon musical bios that met with lackluster receptions on Broadway. Instead, he returns to Broadway in triumph, to participate in a series of anniversary events.

"One of the biggest is going to be the lighting of the Empire State Building in *Jersey Boys* colors!" exclaims Gaudio. That will take place Nov. 5 when the tower is lit from bottom to top in white, red and yellow.

On Nov. 7, a section of 52nd Street between Broadway and 8th Avenue will be renamed "*Jersey Boys* Walk," with Gaudio and his longtime partner and Four Seasons vocalist Frankie Valli being joined by the show's co-authors Marshall Brickman and Rick Elice and the current cast at the ceremony. After the Sunday matinee on Nov. 7, New York City Commissioner Katherine Oliver will present a Mayoral Proclamation honoring *Jersey Boys* for its five-year Broadway

run and the extraordinary economic impact it's had on the city.

The next day at Sardi's Restaurant, Valli, Gaudio, Brickman and Elice will be honored with caricatures that will be unveiled at a private reception. That evening, the four will participate in "The Crowd Goes Wild: Five Years of *Jersey Boys*"--a discussion of the legacy of the Four Seasons and the production of *Jersey Boys* at the Paley Center for Media, where archival performance clips will also be screened.

"Just making something like *Jersey Boys* a reality was an achievement," notes Gaudio, "but to have it on Broadway for five years is a dream, to say the least. It's even more special for me personally, since I keep a hand on it and watch the store, so to speak, when I go see some of the acting companies out there. I'm just back from Sydney, Australia, and to see the level of quality that's maintained there and everywhere is just wonderful. It's like opening night every time I see the show."

Gaudio has in fact seen the show "Oh, my God! Upwards of 150 times!" he says. "Most of the time I go to see it for maintenance--keeping an eye on things like the sound and harmonies and performances. We have a great team but I like to catch up and see how it's going, sometimes on a purely pleasure basis and sometimes I'm monitoring. Otherwise I'd have cut myself off after 50 performances! But these kids in the cast are so good."

He credits the cast and writers, and director Des McAnuff and choreographer Sergio Trujillo, for the continued quality of the show.

"I stand outside and go unrecognized for the most part and hear compliments and see people *floating*," he says. "It's a wonderful thing to be part of it."

Gaudio stopped performing with the Four Seasons in the early '70s, "so I have a bit of a different view," he continues. "I do hear and take great pleasure in a cover like Lauryn Hill's 'Can't Take My Eyes Off You.' It's a real reminder for me that I've made a mark--same with watching *Jersey Boys*. But I don't remember [the group and songs] having this impact at the time and wonder, Did all this really happen to the same people? Living through it over 47 years and then seeing everything condensed into two and a-half hours are two different things!"

So he's happily puzzled by today's instant recognition of his Four Seasons hits--not to mention the lasting resonance of "Short Shorts," which he co-wrote for his group the Royal Teens, who had a No. 3 hit with it in 1958 when he was 15.

Currently Gaudio is involved in a new version of his 2001 London musical *Peggy Sue Got Married*, along with other projects he's holding off on publicizing. But he concedes that it's been awhile since he's written any new songs.

"Not to say I'm spoiled, but I've been involved in a Broadway show with a big canvas, and I haven't been able to sit down in a lonely room and write a song," he explains. "But we just made a film deal for *Jersey Boys*, and there's a possibility there might be some new songs in it, in which case I'd have a specific project for which to write them. I need to lock myself away, but I'm so involved in the *Jersey Boys* Enterprise, so to speak, which is unfortunate because that's me--*songwriting*--but I have a different calling at the moment."

Regarding the film version of *Jersey Boys*, Gaudio says he'll probably produce the music for it and the cast album.

"Frankie and I will executive-produce but I don't think we want to be too in control because we want it to be as honest as the Broadway show was," he says. "We'll make sure we're involved with the best people we can get to do a great job, and hopefully the team will be as magical as the one that did the Broadway show."

\_\_.\_,\_.\_\_\_\_

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (1)
**RECENT ACTIVITY:**

Visit Your Group

GILG web site: http://genuine-imitation-life-gazette.com

Visit our sister message group, ValliSeasons: http://groups.yahoo.com/group/ValliSeasons

**MARKETPLACE**

**Get great advice about dogs and cats. Visit the Dog & Cat Answers Center.**

---

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

---

**Hobbies & Activities Zone: Find others who share your passions! Explore new interests.**

**YAHOO! GROUPS**
Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

___,_·_,____