**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 1 TO PLAINTIFF' MOTION TO COMPEL RE: WRITTEN DISCOVERY TO FRANKIE VALLI AND ROBERT J. GAUDIO**

**CORBELLO v. DEVITO**
**CASE NO.: 2:08-cv-00867-RCJ-PAL**

**EXHIBIT 1 TO PLAINTIFF' MOTION TO COMPEL RE: WRITTEN DISCOVERY TO FRANKIE VALLI AND ROBERT J. GAUDIO**

Gregory H. Guillot
ggmark@radix.net
Admitted *Pro Hac Vice*
GREGORY H. GUILLOT, P.C.
13455 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 774-4560
Facsimile: (214) 515-0411

John L. Krieger, (Nevada Bar No. 6023)
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8389

George L. Paul
GPaul@ LRLaw.com
Admitted *Pro Hac Vice*
Telephone: (602) 262 -5326
Facsimile: (602) 734 -3857
Robert H. McKirgan
RMck irgan@LRLaw.com
Admitted *Pro Hac Vice*
Telephone: (602) 262 -5396
Facsimile: (602) 734 -3863
LEWIS AND ROCA LLP
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**DECLARATION OF ROBERT H. MCKIRGAN UNDER PENALTY OF PERJURY** |

1.  My name is Robert H. McKirgan. I am an attorney with the law firm of Lewis and Roca, LLP and am licensed to practice law in Arizona and am admitted pro hac vice in this matter. I am one of the lawyers for the Plaintiff Donna Corbello.

2. Attached as Exhibit 2 to the Motion to Compel Re: Written Discovery to Frankie Valli and Robert J. Gaudio is a true and correct copy of an email exchange I had with counsel for the New Defendants regarding the supplemental discovery responses of Valli and Gaudio.

3. In my view, the New Defendants have unduly delayed the production of documents in this case. In order to take meaningful depositions and to meet discovery deadlines, including the deadline for expert disclosure, we need the New Defendants to complete their document production as soon as possible. Despite my and co-counsel's efforts, critical and important documents remain to be produced, including documents apparently in the possession of Dodger that relate to Valli and Gaudio's profits due to Jersey Boys.

4. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my ability and belief and are made in good faith.

Signed at Phoenix, Arizona on the 23rd day of December, 2010.

_____
Robert H. McKirgan

2