# EXHIBIT 8

# [EXCERPT FROM NOVEMBER 11, 2010 DEPOSITION TESTIMONY OF NONPARTY WITNESS, CHARLES ALEXANDER]

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
    DONNA CORBELLO,                    )
 4                                     )
               Plaintiff,              )
 5                                     )
    vs.                                )
 6                                     ) Case No.
    THOMAS GAETANO DEVITO,             ) 2:08-cv-00867-
 7  et al.,                            ) RCJ-PAL
                                       )
 8             Defendants.             )
                                       )
 9  _____)
10
11
12
13
14            DEPOSITION OF CHARLES P. ALEXANDER
15            Taken on Thursday, November 11, 2010
16                       By Videotape
17                      At 9:54 a.m.
18        At Orrick, Herrington & Sutcliffe LLP
19        51 West 52nd Street, New York, New York
20
21
22
23  Reported by:  Cathi Irish, CCR 844, RPR, CLVS
24  Job No. 2283
25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

```
 1        APPEARANCES:
 2
          For the Plaintiff:
 3
                  JOHN L. KRIEGER, ESQ.
 4                Lewis and Roca LLP
                  3993 Howard Hughes Parkway
 5                Suite 600
                  Las Vegas, Nevada 89169-5996
 6
                       -and-
 7
                  GREGORY H. GUILLOT, ESQ.
 8                Gregory H. Guillot, P.C.
                  Two Galleria Tower Center
 9                13455 Noel Road, Suite 1000
                  Dallas, Texas 75240
10
11        For the Defendants Frankie Valli, Robert J. Gaudio,
          Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT,
12        Inc., Dodger Theatricals, Ltd., and JB Viva Vegas,
          LP:
13
                  DAVID S. KORZENIK, ESQ.
14                ITAI MAYTAL, ESQ.
                  Miller Korzenik Sommers LLP
15                488 Madison Avenue
                  New York, New York 10022-5702
16
17
          For the Defendant Thomas Gaetano DeVito:
18
                  CHRISTOPHER B. PAYNE, ESQ.
19                Greenberg Traurig, LLP
                  1000 Louisiana Street
20                Suite 1700
                  Houston, Texas 77002
21
22        Also Present:
23                ED FORD, Certified Legal Video Specialist
24
                       * * * * * * *
25
```

www.oasisreporting.com       OASIS REPORTING SERVICES, LLC       702-476-4500
Electronically signed by Cathi Irish (101-353-118-6701)           ca7b0147-d1dc-4fdf-a6fb-759e52c9b1fe
                                                                  Page 0003

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Page 87

```
 1    picture of the research they did.
 2        Q.   What was that -- what was your opinion or
 3    your statement based upon, what knowledge?
 4        A.   Well, I had a conversation with Marshall
 5    Brickman in 2004 and we can talk about that now
 6    or -- okay.
 7        Q.   Please.
 8        A.   That conversation is probably the most
 9    relevant, that and the Gaudio interview that you
10    have, probably the most relevant conversations I
11    have had.
12             Right after I saw the play in 2004, as I
13    said previously I wanted to write a review of the
14    play on the Genuine Imitation Life Gazette website.
15    And I told Bob Gaudio either by phone or e-mail that
16    I wanted to do that but I couldn't remember a lot of
17    exact lines of the play.  I had seen it but I hadn't
18    recorded it or anything and I wanted to quote some
19    fairly lengthy passages in the play but I couldn't
20    remember them.  So Bob said well, I'll put you in
21    touch with one of the writers, Marshall Brickman.
22        Q.   When you say Bob, you mean Bob Gaudio?
23        A.   Bob Gaudio, yes.  So Bob put me in touch
24    with Marshall.  I can't remember whether Marshall
25    called me at Gaudio's behest.  I think that was the
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Page 88

1   case.  I don't remember him giving me Marshall's
2   number.
3              ==Anyway, Marshall called me up and it was==
4   ==very helpful==.  And now keep in mind that this
5   conversation was in 2004 so I'm not going to pretend
6   that I'm giving you an accurate verbatim account.
7              What really I'm going to give you is sort
8   of the -- how I've reconstructed the conversation in
9   my mind after Greg filed this original complaint
10  because at that time I knew that this was the most
11  relevant conversation that I had had other than the
12  Gaudio interview to the issue in this case and so I
13  thought back to my conversation with Marshall in
14  2004, so what you're going to hear now is sort of
15  what I can remember of it.
16             I guess was it 2007 that you first filed
17  this complaint or it was late in the year or
18  something, early, late 2007.
19             So, you know, what I remember from this
20  conversation being sort of fixed in my mind since
21  then but here's what I remember of that
22  conversation.
23             Well, first of all, ==my main purpose was==
24  ==to get some specific lines which he quoted to me.==
25  ==But I asked him just because as one writer to==

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Page 89

1  another, well, first of all, I was so surprised by
2  the play because here I was a long time fan of the
3  Four Seasons, I went to the play and I felt like I
4  knew nothing about these guys, I didn't know any of
5  this stuff, so naturally my first kind of question
6  to Marshall Brickman, writer to writer, was how did
7  you find out all this stuff?  And he said well, we
8  read everything we could get their hands on.  He
9  said we read your article in Time magazine.  And I
10 said a lot of this stuff has never really been
11 published and he said yeah, and he mentioned to me
12 the book.  It was the first time I had heard of it.
13 The book that -- Tommy's autobiography as
14 ghostwritten by Rex Woodard.
15            Now since then I've read somewhere, I
16 can't even tell you where, that Rick Elice read the
17 book, not Marshall.  I don't know what the truth is.
18 That may be true.  Marshall was just sort of talking
19 about him and Rick as a team, you know, we read the
20 book.
21            I said wow, can I get a copy of this
22 book; he said no, we sent it back.  So as also
23 stated in an e-mail from Rick Elice, they had
24 returned this book to Tommy, maybe a year or year
25 and a half before the play actually -- the play

```
 1
 2                   C E R T I F I C A T E
 3      STATE OF NEW YORK     )
 4                            : ss.
 5      COUNTY OF NASSAU      )
 6
 7              I, CATHI IRISH, a Registered Professional
 8      Reporter and Notary Public within and for the State
 9      of New York, and a duly certified court reporter
10      licensed in and for the State of Nevada do hereby
11      certify:
12              That CHARLES P. ALEXANDER, the witness
13      whose deposition is hereinbefore set forth, was duly
14      sworn by me and that such deposition is a true
15      record of the testimony given by the witness.
16              I further certify that I am not related
17      to any of the parties to this action by blood or
18      marriage, and that I am in no way interested in the
19      outcome of this matter.
20              IN WITNESS WHEREOF, I have hereunto set
21      my hand this 13th day of November, 2010.
22
23                            _____
24                            CATHI IRISH, CCR #844, RPR, CLVS
25
```