**EXHIBIT 14**

**[COPYRIGHT REGISTRATIONS IN WHICH ELICE IS A CLAIMANT]**

Corbello Exhibit 14
Page 0001

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice Eric
Search Results: Displaying 1 through 8 of 8 entries.

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Elice, Eric | Double, double / By Roger Rees & Eric Elice. | V2616P159 | 1991 |
| [ 2 ] | Elice, Eric, 1955- | Double, double : a play / by Eric Elice and Roger Rees. | PA0000322489 | 1986 |
| [ 3 ] | Elice, Eric, 1955- | Double double / by Roger Rees and Eric Elice. | PAu000765244 | 1985 |
| [ 4 ] | Elice, Eric, 1955- | Elephant manse / by Eric Elice and Roger Rees. | PAu000925070 | 1987 |
| [ 5 ] | Elice, Eric, 1955- | Mad. Ave. | PAu000964227 | 1987 |
| [ 6 ] | Elice, Eric S., 1955- | Deodorant. | PAu001587164 | 1991 |
| [ 7 ] | Elice, Eric S., 1955- | Mad. Ave. | PAu001609791 | 1991 |
| [ 8 ] | Elice, Eric S., 1955- | Mad. Ave. : episode 2, The diet drink. | PAu001644397 | 1991 |

**Save, Print and Email (Help Page)**

Search for: Elice Eric    Search by: Name (Crichton Michael; Walt Disney Company)    Item type: None

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 1 of 8 entries

[previous] [next]

[Labeled View]

*Double, double / By Roger Rees & Eric Elice.*

**Type of Work:** Recorded Document
**Document Number:** V2616P159
**Date of Recordation:** 1991-01-28
**Entire Copyright Document:** V2616P159-161
**Date of Execution:** 12Nov90
**Title:** Double, double / By Roger Rees & Eric Elice.
**Notes:** Short form assignment.
**Party 1:** Roger Rees & Eric Elice.
**Party 2:** Paramount Pictures Corporation.
**Names:** Rees, Roger
Elice, Eric
Paramount Pictures Corporation.

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format Full Record  [Format for Print/Save]
Enter your email address: _____ [Email]

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 14
Page 0003

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&Search%5FArg=Elice%...



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 2 of 8 entries

*Double, double : a play / by Eric Elice and Roger Rees.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PA0000322489 / 1987-03-06
**Title:** Double, double : a play / by Eric Elice and Roger Rees.
**Imprint:** London ; New York : S. French, [c1986]
**Description:** 52 p.
**Copyright Claimant:** Roger Rees & Eric Elice
**Date of Creation:** 1985
**Date of Publication:** 1986-12-15
**Previous Registration:** Prev. reg.
**Basis of Claim:** New Matter: "revisions."
**Names:** Rees, Roger, 1944-
Elice, Eric, 1955-

**Save, Print and Email (Help Page)**
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 3 of 8 entries

*Double double / by Roger Rees and Eric Elice.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu000765244 / 1985-10-03
**Title:** Double double / by Roger Rees and Eric Elice.
**Description:** 1 v.
**Notes:** A play in 2 acts.
**Copyright Claimant:** Eric Elice
**Date of Creation:** 1985
**Names:** Elice, Eric, 1955-
Rees, Roger, 1944-

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 14
Page 0005

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=3&ti=1,3&Search%5FArg=Elice%...



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 8 of 8 entries

*Mad. Ave. : episode 2, The diet drink.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu001644397 / 1991-11-27
**Title:** Mad. Ave. : episode 2, The diet drink.
**Notes:** Teleplay for a sit-com.
**Copyright Claimant:** Eric S. Elice, 1955-, & Nancy C. Coyne, 1946-
**Date of Creation:** 1991
**Other Title:** The diet drink
**Names:** Elice, Eric S., 1955-
Coyne, Nancy C., 1946-

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 14
Page 0006

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=8&ti=1,8&Search%5FArg=Elice%...

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 5 of 8 entries

*Mad. Ave.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu000964227 / 1987-06-15
**Title:** Mad. Ave.
**Description:** 1 v.
**Notes:** Script.
**Copyright Claimant:** Nancy Coyne, Eric Elice
**Date of Creation:** 1987
**Authorship on Application:** Nancy Coyne, Eric Elice.
**Names:** Coyne, Nancy, 1946-
Elice, Eric, 1955-

**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address: _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 6 of 8 entries

### *The Deodorant.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu001587164 / 1991-11-27
**Title:** The Deodorant.
**Series:** Mad. Ave. ; SCP-9101
**Notes:** Television script.
**Copyright Claimant:** Eric S. Elice, 1955-, & Nancy C. Coyne, 1946-
**Date of Creation:** 1991
**Copyright Note:** C.O. correspondence.
**Other Title:** Mad. Ave.; SCP-9101
**Names:** Elice, Eric S., 1955-
Coyne, Nancy C., 1946-

**Save, Print and Email (Help Page)**
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Elice, Eric
Search Results: Displaying 7 of 8 entries

### *Mad. Ave.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PAu001609791 / 1991-11-27
**Title:** Mad. Ave.
**Description:** Videocassette.
**Copyright Claimant:** Eric S. Elice & Nancy C. Coyne
**Date of Creation:** 1991
**Authorship on Application:** producers: Eric S. Elice, 1955-, & Nancy C. Coyne, 1946-; all other cinematographic material: Eric S. Elice & Nancy C. Coyne (authors of a work made for hire)
**Copyright Note:** C.O. correspondence.
**Names:** Elice, Eric S., 1955-
Coyne, Nancy C., 1946-

**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save
Enter your email address:                Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page