**EXHIBIT 15**

**[COPYRIGHT REGISTRATIONS IN WHICH BRICKMAN IS A CLAIMANT]**

Corbello Exhibit 15
Page 0001



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 1 through 20 of 20 entries.

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Brickman, Marshall | Cape Cod boys. By Eric Weissberg, Clarence Cooper, Bob Carey & Marshall Brickman. | RE0000489108 | 1962 |
| [ 2 ] | Brickman, Marshall | Children, go where I send thee. By Eric Weissberg, Clarence Cooper, Marshall Brickman & Bob Carey. | RE0000488964 | 1962 |
| [ 3 ] | Brickman, Marshall | Duke of Baltimore / by Marshall Brickman & Richard Cohen. | PAu002546550 | 2000 |
| [ 4 ] | Brickman, Marshall | Duke of Baltimore / by Marshall Brickman and Richard Cohen. | PAu002557364 | 2000 |
| [ 5 ] | Brickman, Marshall | For the boys. By Marshall Brickman, based on previous drafts by Neal Jimenez & Lindy Laub. | PAu001459771 | 1991 |
| [ 6 ] | Brickman, Marshall | Free state; treatment. | V3311P041 | 1996 |
| [ 7 ] | Brickman, Marshall | Little Liza. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence Cooper. | RE0000489095 | 1962 |
| [ 8 ] | Brickman, Marshall | Lovesick / by Marshall Brickman. | TXu000098167 | 1982 |
| [ 9 ] | Brickman, Marshall | Lovesick / produced by Charles Okun ; written and directed by Marshall Brickman. | PA0000177757 | 1983 |
| [ 10 ] | Brickman, Marshall | Manhattan project / by Marshall Brickman, Thomas Baum. | PAu000757898 | 1985 |
| [ 11 ] | Brickman, Marshall | Manhattan project / produced by Jennifer Ogden, Marshall Brickman ; directed by Marshall Brickman. | PA0000297741 | 1986 |
| [ 12 ] | Brickman, Marshall | Manhattan project / produced by Jennifer Ogden, Marshall Brickman ; directed by Marshall Brickman. | PA0000297742 | 1986 |
| [ 13 ] | Brickman, Marshall | Out to sea : a k.a. Cruise director : screenplay by Robert Nelson Jacobs ; revisions by Marshall Brickman. | PAu002097978 | 1996 |
| [ 14 ] | Brickman, Marshall | Pink vodka blues / by Marshall Brickman. | PAu002638883 | 2002 |
| [ 15 ] | Brickman, Marshall | Ride up. w, m & arr. Marshall Brickman. | RE0000489138 | 1962 |
| [ 16 ] | Brickman, Marshall | Simon / produced by Martin Bregman ; directed by Marshall Brickman. | PA0000071854 | 1980 |
| [ 17 ] | Brickman, Marshall | Sister Mary explains it all / Showtime presents a Tennant, Stamber production ; directed by Marshall Brickman. | PA0001047301 | 2001 |
| | Brickman, | Skillet. Arr., adaptation & new w Clarence Cooper, Bob Carey, Eric Weissberg & | | |



Resort results by:

Set Search Limits

Clear Selected | Retain Selected

previous | next

| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record — Format for Print/Save |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address: Email |

Search for: Brickman Marshall Search by: Name (Crichton Michael; Walt Disney Company) Item type: None

25 records per page Submit Reset

Help Search History **Titles** Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 15
Page 0003

Case 2:08-cv-00867-RCJ-PAL   Document 375-19   Filed 12/26/10   Page 4 of 8



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 2 of 20 entries

***Children, go where I send thee. By Eric Weissberg, Clarence Cooper,...***

**Type of Work:** Music
**Registration Number / Date:** RE0000488964 / 1990-08-31
Renewal registration for: EU0000744371 / 1962-11-14
**Title:** Children, go where I send thee. By Eric Weissberg, Clarence Cooper, Marshall Brickman & Bob Carey.
**Copyright Claimant:** Eric Weissberg & Marshall Brickman (A)
**Basis of Claim:** New Matter: additional words.
**Variant title:** Children, go where I send thee.
**Names:** Weissberg, Eric
Cooper, Clarence
Brickman, Marshall
Carey, Bob

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 15
Page 0004
http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&Search%5FArg=Brickm...



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 7 of 20 entries

*Little Liza. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence...*

**Type of Work:** Music
**Registration Number / Date:** RE0000489095 / 1990-08-31
Renewal registration for: EU0000746688 / 1962-10-24
**Title:** Little Liza. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence Cooper.
**Copyright Claimant:** Eric Weissberg & Marshall Brickman (A)
**Basis of Claim:** New Matter: arr. & new words.
**Variant title:** Little Liza
**Names:** Weissberg, Eric
Brickman, Marshall
Carey, Bob
Cooper, Clarence

**Save, Print and Email (Help Page)**
Select Download Format: Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page





Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 19 of 20 entries

previous next

Labeled View

***Swing down. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence...***

**Type of Work:** Music
**Registration Number / Date:** RE0000489094 / 1990-08-31
Renewal registration for: EU0000746687 / 1962-10-24
**Title:** Swing down. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence Cooper.
**Copyright Claimant:** Eric Weissberg & Marshall Brickman (A)
**Basis of Claim:** New Matter: adaptation & arr. of words & music.
**Variant title:** Swing down
**Names:** Weissberg, Eric
Brickman, Marshall
Carey, Bob
Cooper, Clarence

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 15 of 20 entries

*Ride up. w, m & arr. Marshall Brickman.*

**Type of Work:** Music
**Registration Number / Date:** RE0000489138 / 1990-08-31
Renewal registration for: EU0000717541 / 1962-04-23
**Title:** Ride up. w, m & arr. Marshall Brickman.
**Copyright Claimant:** Marshall Brickman (A)
**Basis of Claim:** New Matter: arr., adaptation & new words.
**Variant title:** Ride up
**Names:** Brickman, Marshall

**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save
Enter your email address:             Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Corbello Exhibit 15
Page 0007



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Brickman Marshall
Search Results: Displaying 19 of 20 entries

*Swing down. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence...*

**Type of Work:** Music
**Registration Number / Date:** RE0000489094 / 1990-08-31
Renewal registration for: EU0000746687 / 1962-10-24
**Title:** Swing down. By Eric Weissberg, Marshall Brickman, Bob Carey & Clarence Cooper.
**Copyright Claimant:** Eric Weissberg & Marshall Brickman (A)
**Basis of Claim:** New Matter: adaptation & arr. of words & music.
**Variant title:** Swing down
**Names:** Weissberg, Eric
Brickman, Marshall
Carey, Bob
Cooper, Clarence

**Save, Print and Email (Help Page)**
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page