1  Gregory H. Guillot
   ggmark@radix.net
2  *Admitted Pro Hac Vice*
   GREGORY H. GUILLOT, P.C.
3  13455 Noel Road, Suite 1000
   Dallas, TX 75240
4  Telephone: (972) 774-4560
   Facsimile: (214) 515-0411
5
   John L. Krieger, (Nevada Bar No. 6023)
6  JKrieger@LRLaw.com
   LEWIS AND ROCA LLP
7  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
8  Telephone: (702) 949-8200
   Facsimile: (702) 949-8389
9
   George L. Paul
10 GPaul@LRLaw.com
   *Admitted Pro Hac Vice*
11 Robert H. McKirgan,
   RMckirgan@LRLaw.com
12 *Admitted Pro Hac Vice*
   LEWIS AND ROCA LLP
13 40 North Central Avenue, Suite 1900
   Phoenix, AZ 85004
14 Telephone: (602) 262-5326
   Facsimile: (602) 734-3857
15
   Attorneys for Plaintiff,
16 DONNA CORBELLO

17            **UNITED STATES DISTRICT COURT**

18                **DISTRICT OF NEVADA**

19 DONNA CORBELLO, an individual,
                                        Case No. 2:08-cv-00867-RCJ-PAL
20          Plaintiff,
                                        **PLAINTIFF'S MOTION FOR LEAVE**
21    vs.                               **TO FILE CERTAIN EXHIBITS**
                                        **UNDER SEAL FOR HER *REPLY* IN**
22 THOMAS GAETANO DEVITO, an            **SUPPORT OF *MOTION FOR***
   individual, *et al.*,                **RECONSIDERATION* (DOC. 347)**
23
            Defendants.
24

25        Plaintiff Donna Corbello, by her attorneys, and pursuant to the *Stipulated Protective*

26 *Order* (Doc. 94) entered into by the parties, and the Court's *Protective Order Governing*

27 *Confidentiality of Documents* entered on January 5, 2009 ("Order Regarding Sealing

28 Requirements") (Doc. 95), herewith requests leave to file certain documents under seal as

exhibits to her *Reply* to *Defendant's Response to Motion for Reconsideration* and *Supplement* (Docs. 354 & 355), to be filed on or before January 17, 2011.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Pursuant to her obligations under the *Stipulated Protective Order* and *Order Regarding Sealing Requirements*, Plaintiff seeks an order permitting her to file the following documents under seal, which were produced by Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, DSHT, Inc., Dodger Theatricals, Inc., and/or JB Viva Vegas, LP (the "New Defendants"), and/or by third party Kevin Kinsella ("Kinsella"), and marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" thereby, which she intends to attach as exhibits to her *Reply*:

- JB-0038550-0038553, consisting of undated "speeches" by the Tommy DeVito, Bob Gaudio, Nick Massi and Frankie Valli characters in *Jersey Boys*.

- JB-0033160, JB-0028619, JB-0028644, JB-0029170, JB-0029171, JB-0029172, JB-0028420, JB-0028639, JB-0028647, JB-0028655, consisting of various emails to and from Defendant Elice.

- JB-0026531-0026537, JB-0026663, consisting of excerpts from the script change master archive allegedly maintained by Defendant, Dodger Theatricals for the New York production of *Jersey Boys*.

- JB-0074393, JB-0053465, JB-0053449, JB-0053388, JB-0053315, JB-0053289, JB-0053173, consisting of various Stage Manager Reports.

- JB-0002932, consisting of 1 page of a draft script for *Jersey Boys* dated "8/11/04."

- JB-0072056-0072057, JB-0072061-JB-0072062, JB-0072066, JB-0072080-JB-0072083, and JB-0072098, consisting of excerpts from an outline/treatment for *Jersey Boys*, dated February 13, 2004.

- JB-0048300-0048317, consisting of an undated outline/treatment for *Jersey Boys*.

- KINSELLA-006981, KINSELLA-006832, KINSELLA-007619, KINSELLA-007392, KINSELLA-008247, KINSELLA-000013, consisting of various letters and emails addressed to Kevin Kinsella.

- JB-0052032-JB-0052033, JB-0048086, consisting of undated correspondence that was originally attached to unidentified emails.

- JB-0060655, JB-0043011, JB-0047399, JB-0038555, JB-0047821, JB-0043251, JB-0043663, JB-0043986, JB-0049851, JB-0044570, JB-0038469, JB-0038541, JB-0038582, JB-0048145, JB-0065311, JB-0044357, JB-0062838, JB-0044374, JB-0050071, JB-0048145, JB-0045717, JB-0043986, JB-0043177, JB-0043989, JB-0046449, consisting of the first pages of various undated scripts and fragments of scripts for *Jersey Boys*.

- JB-0038304-JB-0038307, consisting of "Bob Gaudio notes" dated June 25, 2004 .

- JB-0027611, JB-0027621, JB-0027625, consisting of emails which had attachments that were not produced with the emails.

- KINSELLA-008563, consisting of emails from Michael David to Kevin Kinsella and others concerning the *Jersey Boys* movie.

- JB-0065233-JB-0065236, consisting of various emails to and from Rick Elice relating to issues regarding *Jersey Boys* profits adjudicated in Frankie Valli's divorce proceeding.

- JB-0002916, consisting of a cover page for a *Jersey Boy*s script.

- JB-0022560-JB-0023388, consisting of a production disk from the New Defendants dated May 26, 2009, bearing a label from Summit Reprographics, and including scripts and related material in non-searchable pdf format.

- JB-0033050 to JB-0074364, consisting of a production disk from the New Defendants dated October 26, 2010, bearing a label from ABC Digital Solutions and including tens of thousands of pages of scripts and related material, in non-searchable single page TIFF file format.

1   I.    **ARGUMENT**

2          There is an exception to the normal presumption of access to judicial records, for "sealed

3   discovery document[s] [attached] to a non-dispositive motion," such that "the usual presumption

4   of the public's right of access is rebutted."  *Kamakana v. City & County of Honolulu*, 447 F.3d

5   1172, 1179-1180 (9th Cir. 2006) (citing *Phillips v. General Motors Corp*., 307 F.3d 1206, 1213

6   (9th Cir. 2002)).  The public has less of a need for access to court records attached only to non-

7   dispositive motions because those documents are often "'unrelated, or only tangentially related,

8   to the underlying cause of action.'"  *Id*. (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 33,

9   104 S. Ct. 2199, 81 L. Ed. 2d 17 (1984)).  Moreover, "public policies that support the right of

10  access to dispositive motions, and related materials, do not apply with equal force to non-

11  dispositive materials."  *Id*. (citing *Phillips*, 307 F.3d at 1213).  Finally, when a district court

12  grants a protective order to seal documents during discovery, "it already has determined that

13  'good cause' exists to protect this information from being disclosed to the public by balancing

14  the needs for discovery against the need for confidentiality."  *Id*.  Accordingly, "good cause"

15  exists for the filing of the foregoing documents under seal.

16         Pursuant to the *Stipulated Protective Order* herein, Plaintiff has an obligation to maintain

17  the     confidentiality     of     any     document     marked     "CONFIDENTIAL"     or     "HIGHLY

18  CONFIDENTIAL" by an opposing party, and the documents identified above were so marked by

19  the New Defendants and Mr. Kinsella.  Accordingly, Plaintiff may not file the documents with

20  the Court without obtaining an Order and/or filing them under seal.  Whereas, Plaintiff's *Reply* is

21  not a dispositive motion, the filing of these documents under seal falls within the exception to the

22  general presumption of public access carved out by the courts of this Circuit for documents

23  attached to non-dispositive motions.  Accordingly, leave to file the subject documents under seal

24  should be granted.

25  ///

26  ///

27  ///

28  ///

4

II.      **<u>CONCLUSION</u>**

IN VIEW OF THE ABOVE, Plaintiff respectfully requests that her present motion be granted.

Dated: January 13, 2011

RESPECTFULLY SUBMITTED:


/s/Gregory H. Guillot
Gregory H. Guillot
George L. Paul
John L. Krieger
Robert H. McKirgan
Attorneys for Plaintiff, Donna Corbello




IT IS SO ORDERED:


UNITED STATES MAGISTRATE JUDGE
DATED:     January 18, 2011

1

<u>**CERTIFICATE OF SERVICE**</u>

2        Pursuant to Fed. R. Civ. P. 5(b), I, Gregory H. Guillot, hereby certify that on January 13,

3    2011, I electronically filed the foregoing document and this *Certificate of Service* with the Clerk

4    of Court using the CM/ECF system which will send notifications of such filing to the following:

5    L. Bradley Hancock
     Christopher B. Payne
6    Greenberg Traurig, LLP
     1000 Louisiana
7    Suite 1800
     Houston, TX  77002
8
     Booker T. Evans, Jr.
9    Greenburg Traurig, LLP
     2375 East Camelback Road
10   Suite 700
     Phoenix, AZ  85016
11
     Alma Chao
12   Greenburg Traurig, LLP
     3773 Howard Hughes Parkway
13   Suite 500 North
     Las Vegas, Nevada  89169
14
     *Attorneys for Thomas Gaetano DeVito*
15

16   Daniel M. Mayeda
     LEOPOLD, PETRICH & SMITH, P.C.
17   2049 Century Park East, Suite 3110
     Los Angeles, California 90067-3274
18
     David S. Korzenik
19   MILLER KORZENIK SOMMERS LLP
     488 Madison Avenue, Suite 1120
20   New York, New York 10022-5702

21   Samuel S. Lionel
     Todd Kennedy
22   LIONEL, SAWYER & COLLINS
     300 So. 4th Street #1700
23   Las Vegas, Nevada 89101

24   *Attorneys for Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice,*
     *Des McAnuff, DSHT, Inc., and Dodger Theatricals, Ltd.*
25

26

27                                          /s/Gregory H. Guillot

28

6