Gregory H. Guillot, Admitted *pro hac vice*
ggmark@radix.net
GREGORY H. GUILLOT, P.C.
13455 Noel Road, Suite 1000
Dallas, TX 75240
Phone: (972) 774-4560
Fax: (214) 515-0411

John L. Krieger, Nevada Bar No. 6023
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax: (702) 949-8389

George L. Paul, Admitted *pro hac vice*
GPaul@LRLaw.com
Robert H. McKirgan, Admitted *pro hac vice*
RMckirgan@LRLaw.com
LEWIS AND ROCA LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Phone: (602) 262-5326
Fax: (602) 734-3857

Attorneys for Plaintiff,
DONNA CORBELLO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF REGARDING MOTION FOR RECONSIDERATION**<br><br>(Fourth Request) |

Plaintiff Donna Corbello, by her attorneys, and pursuant to LR 6-1 and 7-1, hereby moves the Court for entry of the attached *Order*, extending the deadline for Plaintiff's *Reply* to *New Defendants Memorandum in Opposition to Plaintiff's Motion for Reconsideration by the United States Magistrate Judge of Her Order Dated November 12, 2010* (Doc. 354) ("Defendants' Response"), and *New Defendants' Supplement to Memorandum in Opposition to*

*Plaintiff's Motion for Reconsideration* (Doc 355) ("Supplement"), to Monday, January 24, 2011. Whereas Plaintiff's *Reply* is currently due on Thursday, January 20, 2011, the extension would continue this deadline for two business days. This is Plaintiff's fourth request for an extension of time.

Plaintiff submits that good cause exists for grant of the requested extension. *Defendants' Response* is 30 pages, with 77 pages of exhibits, most of which comprise declarations. Plaintiff's counsel have completed a 22-page responsive declaration, and assembled 40 exhibits, in order to reply to this voluminous material, but this took longer than anticipated, and accordingly, the drafting of the principal brief is not complete. Part of the complicating factor has been that, in *Defendants' Response*, the New Defendants characterize and refer to various documents without attaching them as exhibits for the Court's review. Whereas, these "off-record" documents have been mischaracterized, and do not establish what Defendants allege, Plaintiff must make a record of what they actually show. Additionally, *Defendants' Response* includes numerous assertions of fact, which must be addressed with evidence in Plaintiff's *Reply*, and counsel have been working without interruption to finish the brief, declaration, and assembly of the 40 exhibits. Finally, as the Court is aware, two motions for leave to file documents under seal also had to be prepared and filed (and have since been granted), because New Defendants have designated practically all documents in this case as "confidential." In short, the process is simply taking longer than anticipated, but not for lack of diligence.

The requested extension will not prejudice the New Defendants, because the oral argument on this motion is not until February 10. 2011, and is not requested for any improper purpose or delay.

IN VIEW OF THE ABOVE, Plaintiff respectfully requests entry of the attached *Order*, indicating that she may file and serve her Reply brief re *Motion for Reconsideration* on or by January 24, 2011.

///

///

///

DATED: January 20, 2011.

By:   /s/Gregory H. Guillot
    John L. Krieger (Nevada Bar No. 6023)
    Gregory H. Guillot *(Admitted Pro Hac Vice)*
    George L. Paul *(Admitted Pro Hac Vice)*
    Robert H. McKirgan (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff, Donna Corbello

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2011

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I, Gregory H. Guillot, certify that on this, the 20th day of January, 2011, I caused the document entitled PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF REGARDING MOTION FOR RECONSIDERATION (Fourth Request) to be served as follows:

    [ ]    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

    [ ]    Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile;

    [ ]    to be hand-delivered; and/or

    [X]    by U.S. District Court ECF electronic transmission to the attorneys of record.

L. Bradley Hancock
Christopher B. Payne
Greenberg Traurig, LLP
1000 Louisiana
Suite 1800
Houston, TX  77002

Booker T. Evans, Jr.
Greenburg Traurig, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ  85016

Alma Chao
Greenburg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV  89169

*Attorneys for
Thomas Gaetano DeVito*
Dated this 23rd day of December, 2010.

Daniel M. Mayeda
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274

David S. Korzenik
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue, Suite 1120
New York, NY 10022-5702

Samuel S. Lionel
Todd Kennedy
LIONEL, SAWYER & COLLINS
300 So. 4th Street #1700
Las Vegas, NV 89101

*Attorneys for Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT, Inc., and Dodger Theatricals, Ltd.*

/s/Gregory H. Guillot
Gregory H. Guillot