Gregory H. Guillot, Admitted *pro hac vice*
ggmark@radix.net
GREGORY H. GUILLOT, P.C.
13455 Noel Road, Suite 1000
Dallas, TX 75240
Phone: (972) 774-4560
Fax: (214) 515-0411

John L. Krieger, Nevada Bar No. 6023
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax: (702) 949-8389

George L. Paul, Admitted *pro hac vice*
GPaul@LRLaw.com
Robert H. McKirgan, Admitted *pro hac vice*
RMckirgan@LRLaw.com
LEWIS AND ROCA LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Phone: (602) 262-5326
Fax: (602) 734-3857

Attorneys for Plaintiff,
DONNA CORBELLO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF REGARDING MOTION FOR RECONSIDERATION**<br><br>(Fifth Request) |

Plaintiff Donna Corbello, by her attorneys, and pursuant to LR 6-1 and 7-2, herewith requests a final extension of time in which to file Plaintiff's *Reply to New Defendants' Memorandum in Opposition to Plaintiff's Motion for Reconsideration by the United States Magistrate Judge of Her Order Dated November 12, 2010*, and *New Defendants' Supplement to Memorandum in Opposition to Plaintiff's Motion for Reconsideration* ("*Reply*"), to Wednesday,

January 26, 2011.  Whereas Plaintiff's *Reply* is currently due on Monday, January 24, 2011, the extension would continue this deadline for two business days.  This is Plaintiff's fifth request for an extension of time.

Plaintiff submits that good cause exists for the grant of the requested extension.  Counsel for Plaintiff has been working diligently, and non-stop, since the last extension, and is nearing completion of Plaintiff's *Reply*.  Counsel is, however, unable to do a quality job and file by this evening and good cause exists for a brief extension.  Accordingly, Plaintiff requests an additional two business days in which to complete the *Reply*.

The requested extension will not prejudice the New Defendants, because the oral argument on this motion is not scheduled until February 10, 2011, and is not requested for any improper purpose.

IN VIEW OF THE ABOVE, Plaintiff respectfully requests entry of the attached *Order*, indicating that she may file and serve her *Reply* on or by January 26, 2011.

Dated: January 24, 2011

Respectfully submitted,

/s/ Gregory H. Guillot
Gregory H. Guillot
George L. Paul
John L. Krieger
Robert H. McKirgan

Attorneys for Plaintiff, Donna Corbello

IT IS SO ORDERED:

The Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

DATED: January 31, 2011

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on January 24, 2011, I electronically filed the foregoing motion and this certificate of service with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence B. Hancock
Christopher B. Payne
Greenberg Traurig, LLP
1000 Louisiana
Suite 1800
Houston, TX  77002

Booker T. Evans, Jr.
Greenburg Traurig, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ  85016

Alma Chao
Greenburg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada  89169

*Attorneys for Thomas Gaetano DeVito*

Daniel M. Mayeda
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274

David S. Korzenik
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue, Suite 1120
New York, New York 10022-5702

Samuel S. Lionel
Todd Kennedy
LIONEL, SAWYER & COLLINS
300 So. 4th Street #1700
Las Vegas, Nevada 89101

*Attorneys for Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd., and JB Viva Vegas, L.P.*

/s/ Gregory H. Guillot_____