LIONEL SAWYER & COLLINS
Samuel S. Lionel, Bar #1766
Maximiliano D. Couvillier III, Bar #7661
300 So. Fourth St. #1700
Las Vegas, Nevada 89101
Phone: 702/383-8884; fax: 383-8845
slionel@lionelsawyer.com
mcouvillier@lionelsawyer.com

MILLER KORZENIK SOMMERS LLP
David S. Korzenik
488 Madison Ave. #1120
New York, New York 10022-5702
Phone: (212) 752-9200
dkorzenik@mkslex.com

LEOPOLD, PETRICH & SMITH, P.C.
Daniel M. Mayeda
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Phone: (310) 277-3333; fax (310) 277-7444
dmayeda@lpsla.com

Attorneys for Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice aka Rick Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd. and JB Viva Vegas, LP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO,<br><br>            Plaintiff<br><br>v.<br><br>THOMAS GAETANO DEVITO et al.,<br><br>            Defendants. | Case No. 2:08-cv-867-RCJ-PAL<br><br>**NEW DEFENDANTS'**<br>**MOTION TO SEAL EXHIBIT 4 IN**<br>**SUPPORT OF THEIR CONSOLIDATED**<br>**OPPOSITION TO PLAINTIFF'S FIVE**<br>**MOTIONS TO COMPEL** |

Pursuant to the *Stipulated Protective Order (Doc. 94)* and the Court's *Order Regarding Sealing Requirements (Doc. 95)*, New Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd. and JB Viva Vegas request leave to file certain documents under seal as Exhibit 4 to their consolidated Opposition to plaintiff's five (5) motions to compel (Docs. 356, 360, 362, 371, and 375, collectively "Motions to Compel").

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

## POINTS & AUTHORITIES

Pursuant to the *Stipulated Protective Order (Doc. 94)* and the Court's *Order Regarding Sealing Requirements (Doc. 95)*, New Defendants seek to file the following documents under seal as Exhibit 4 to their consolidated Opposition to plaintiff's Motions to Compel, which are Confidential:

    1)  JB-0025200 to JB-0025209, February 2009 Monthly Compilation Statement of JB Chicago Zephyr L.P., produced to Plaintiff in July 2009; and
    2)  JB-0025450 to JB-0025454, February 2009 Monthly Compilation Statement of Jersey Boys Broadway Limited Partnership, produced to Plaintiff in July 2009.

As mentioned, the proposed sealed documents are being filed in connection with non-dispositive discovery motions.  "The public policies that support the right of access to dispositive motions, and related materials, do not apply with equal force to non-dispositive materials." *Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006)(*quoting Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)).  Indeed, the Ninth Circuit has "carved out an exception to the presumption of access to judicial records … for a sealed discovery document [attached] to a non-dispositive motion, such that the usual presumption of the public's right of access is rebutted." *Kamakana,* 447 F.3d at 1179 (*internal quotations and citations omitted*).

Because the proposed documents are being filed in connection with non-dispositive motions, they fall within the exception carved out by the Ninth Circuit and leave to file them under seal should be granted.  Moreover, there is good cause to seal the proposed financial documents because they are being filed pursuant to the *Order Regarding Sealing Requirements (Doc. 95)*.  "[W]hen a district court grants a protective order to seal documents during discovery, it already has determined that `good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana,* 447 F.3d at 1179-1180 (*quoting Philips*, 307 F.3d at 1213).

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2 of 4

There is additional good cause to file these two documents under seal because they contain sensitive and proprietary financial information such as profit and loss, salaries, expenditures of advertising, etc., the public disclosure of which would be competitively harmful to Dodger Theatricals, Ltd. and the limited partners.

## CONCLUSION

Based upon the foregoing, New Defendants request should be granted.

LIONEL SAWYER & COLLINS
MILLER KORZENIK SOMMERS LLP
LEOPOLD, PETRICH & SMITH, P.C.

By: S/ David S. Korzenik
Samuel S. Lionel, Bar 1766
Maximiliano D. Couvillier III, Bar 7661
Daniel Mayeda (Pro Hac Vice)
David S. Korzenik (Pro Hac Vice)

Attorneys for Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice aka Rick Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd. and JB Viva Vegas, LP

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 23, 2011

## Certificate of Service

I certify that on February 18, 2011, I electronically filed the foregoing **NEW DEFENDANTS' MOTION TO SEAL EXHIBIT 4 IN SUPPORT OF THEIR CONSOLIDATED OPPOSITION TO PLAINTIFF'S FIVE MOTIONS TO COMPEL** and this certificate of service with the clerk of the Court using the ECF system which will send notification of such filing to the following:

>John L. Krieger, Bar #6023
>George L. Paul (*Pro Hac Vice*)
>LEWIS & ROCA
>3993 Howard Hughes Parkway, Suite 600
>Las Vegas, Nevada 89169
>JKrieger@lrlaw.com
>Gpaul@lrlaw.com
>
>Gregory H. Guillot (*Pro Hac Vice*)
>GREGORY H. GUILLOT, PC
>13455 Noel Road, Suite 1000
>Dallas, Texas 75240
>ggmark@radix.net

Attorneys for Plaintiff

>L. Bradley Hancock (*Pro Hac Vice*)
>Booker T. Evans, Bar #1209
>Alma Chao, Bar #10538
>GREENBERG, TRAURIG, LLP
>3773 Howard Hughes Parkway, Suite 500 North
>Las Vegas, Nevada 89169
>evansb@gtlaw.com
>chaoa@gtlaw.com

Attorneys for Defendant Thomas Gaetano DeVito

>___S/Maximiliano D. Couvillier III___
>An employee of Lionel Sawyer & Collins

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

4 of 4