Gregory H. Guillot, Admitted *pro hac vice*
ggmark@radix.net
GREGORY H. GUILLOT, P.C.
13455 Noel Road, Suite 1000
Dallas, TX 75240
Phone: (972) 774-4560
Fax: (214) 515-0411

John L. Krieger, Nevada Bar No. 6023
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax: (702) 949-8389

George L. Paul, Admitted *pro hac vice*
GPaul@LRLaw.com
Robert H. McKirgan, Admitted *pro hac vice*
RMckirgan@LRLaw.com
LEWIS AND ROCA LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Phone: (602) 262-5326
Fax: (602) 734-3857

Attorneys for Plaintiff,
DONNA CORBELLO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BRICKMAN'S MOTION TO COMPEL (Doc. 396)**<br><br>(Sixth Request) |

　　　Plaintiff, Donna Corbello, by her attorneys, and pursuant to LR 6-1 and 7-2, hereby moves for a further extension of time, through Monday, March 14, 2011, in which to respond to the *Motion by Defendant Marshall Brickman to Compel Further Responses by Plaintiff to Interrogatories,* (Doc 396). Whereas Plaintiff's response is currently due today (March 11,

1  2011), the requested extension is for one business day.  This is Plaintiff's sixth request for an extension of time.

2  Plaintiff submits that good cause exists for the grant of the requested extension.  As explained in the parties' preceding *Stipulation* (Doc. 438), Plaintiff's lead counsel had obligations in another matter earlier this week, and, beginning yesterday afternoon and continuing through today, counsel has had to deal with an unexpected emergency on behalf of an existing client in New Orleans, involving a trademark infringement matter for which a complaint and application for a temporary restraining order must be filed in the Eastern District of Louisiana.  Counsel has now secured a local counsel to assist in that matter, so he can continue to focus on the extant issues in this case.  However, as a result of this unscheduled obligation, Plaintiff's counsel has been unable to complete Plaintiff's response to (Doc. 396.)  Accordingly, the additional time requested is necessary.

This request is not made for any improper purpose or delay, and Defendant will not be prejudiced thereby, as the parties have requested that the hearing previously scheduled for March 22, 2011 on *Defendant's Motion* be taken off the calendar, pending a forthcoming stipulation to reset the hearing date.

IN VIEW OF THE ABOVE, Plaintiff respectfully requests that her present *Motion* be granted, and that she be accorded through Monday, March 14, 2011 to file her response to *Defendant's Motion*.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: March 11, 2011          RESPECTFULLY SUBMITTED:

By: /s/Gregory H. Guillot
    Gregory H. Guillot
    George L. Paul
    John L. Kreiger (Nevada Bar No. 6023)
    Robert H. McKirgan

    Attorneys for Plaintiff, Donna Corbello

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED   March 14, 2011

# CERTIFICATE OF SERVICE

I, Gregory H. Guillot, do hereby certify that a true and correct copy of the foregoing document was served, by CM/ECF, on this, the 11th day of March 2011, upon each of the following:

Daniel M. Mayeda
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274

David S. Korzenik
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue, Suite1120
New York, New York 10022-5702

Samuel S. Lionel
Todd Kennedy
LIONEL, SAWYER & COLLINS
300 So. 4t Street # 1700
Las Vegas, Nevada 89101

Attorneys for Defendants, Frankie Valli, Robert J. Gaudio,
Marshall Brickman, Eric S. Elice, Des McAnuff,
DSHT, Inc., and Dodger Theatricals, Ltd.

L. Bradley Hancock
Christopher B. Payne
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

Booker T. Evans, Jr.
Greenberg Traurig LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

Alma Chao
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NY 89169

Attorneys for Defendant,
Thomas Gaetano DeVito

　　　　　　　　　　　　　　　　　　　　  /s/Gregory H. Guillot
　　　　　　　　　　　　　　　　　　　　Gregory H. Guillot