# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, | |
| Plaintiff, | Case No. 2:08-cv-00867-RCJ-PAL |
| vs. | **ORDER** |
| THOMAS GAETANO DEVITO, *et al.,* | (Mot to Compel - Dkt. #371) |
| Defendants. | |

The court conducted a hearing on April 14, 2011, on the parties' numerous discovery motions. The court heard Plaintiff's Motion for Reconsideration (Dkt. #371) and eleven other substantive discovery motions and related requests for relief. Gregory Guillot, George Paul and Robert McKirgan appeared on behalf of the Plaintiffs, and Samuel Lionel, Daniel Mayeda, David Korzenik, Maximiliano Couvillier, III, and Eric Swanis appeared on behalf of the Defendants. This order disposes of the following moving and responsive papers:

- **#371** Plaintiff's Motion to Compel re: Written Discovery to Frankie Valli and Robert Gaudio;
- **#380** Sealed Exhibits to #371 Motion;
- #**423** New Defendants' Consolidated Opposition to Plaintiff's Five Motions to Compel (Docs., 356, 360, 362, 371, and 375); and
- **#483** Reply re: Plaintiff's Motion to Compel re: Written Discovery to Frankie Valli and Robert Gaudio (Doc. 371).

The court has reviewed the moving and responsive papers, heard the arguments of counsel, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Compel (Dkt. #371) is **DENIED**.

Dated this 15th day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge