# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONNA CORBELLO,

        Plaintiff,

vs.

THOMAS GAETANO DEVITO, *et al.,*

        Defendants.

Case No. 2:08-cv-00867-RCJ-PAL

**ORDER**

(Mot to Compel - Dkt. #360)

The court conducted a hearing on April 14, 2011, on the parties' numerous discovery motions. The court heard Plaintiff's Motion for Reconsideration (Dkt. #347) and eleven other substantive discovery motions and related requests for relief. Gregory Guillot, George Paul and Robert McKirgan appeared on behalf of the Plaintiffs, and Samuel Lionel, Daniel Mayeda, David Korzenik, Maximiliano Couvillier, III, and Eric Swanis appeared on behalf of the Defendants. This order disposes of the following moving and responsive papers:

    **#360**    Plaintiff's Motion to Compel re: Written Discovery to Dodger Theatricals Ltd. And JB Viva Vegas LP;

    **#369**    Sealed Exhibits to #360 Motion;

    #**423**    New Defendants' Consolidated Opposition to Plaintiff's Five Motions to Compel (Docs., 356, 360, 362, 371, and 375);

    **#485**    Reply in Support of Plaintiff's Motion to Compel re: Written Discovery to Dodger Theatricals, Ltd. And JB Viva Vegas, LP; and

    **#494**    Exhibits 9 - 10 of #485 Reply.

Having reviewed the voluminous moving and responsive papers, supporting declarations and exhibits, and arguments of counsel,

///

**IT IS ORDERED** that Plaintiff's Motion to Compel re: Written Discovery to Dodger Theatricals Ltd. And JB Viva Vegas LP (Dkt. #360) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** to the extent that:

1. Defendant Dodger Theatricals, Ltd. shall serve a supplemental response to Requests for Production Nos 10 and 26 to clarify whether it has produced all agreements between the parties; all licenses between the parties and the production companies; all limited partnership agreements between parties and production companies in which they are investors; all K-1 issued to parties; and if not, it shall produce the documents described.

2. Defendant Dodger Theatricals, Ltd. shall produce all audio/visual recordings responsive to Request for Production No. 8 in its care, custody and control, or state it has no responsive materials.

3. Defendant Dodger Theatricals, Ltd shall supplement its response to Request No 18 to state whether it has any signed agreement to adapt *Jersey Boys* for a film or television, and if so, to produce any such agreement.

4. Defendant Dodger Theatricals, Ltd shall have until April 29, 2011, to serve supplemental responses to these discovery requests.

5. Any request for relief in the moving and responsive papers not specifically addressed in this order is **DENIED**.

Dated this 15th day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge