LIONEL SAWYER & COLLINS
Samuel S. Lionel, Bar #1766
Maximiliano D. Couvillier III, Bar #7661
300 So. Fourth St. #1700
Las Vegas, Nevada 89101
Phone: 702/383-8884; fax: 383-8845
slionel@lionelsawyer.com
mcouvillier@lionelsawyer.com

MILLER KORZENIK SOMMERS LLP
David S. Korzenik
488 Madison Ave. #1120
New York, New York 10022-5702
Phone: (212) 752-9200
dkorzenik@mkslex.com

LEOPOLD, PETRICH & SMITH, P.C.
Daniel M. Mayeda
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Phone: (310) 277-3333; fax (310) 277-7444
dmayeda@lpsla.com

Attorneys for Defendants Frankie Valli, Robert
J. Gaudio, Marshall Brickman, Eric S. Elice aka
Rick Elice, Des McAnuff, DSHT, Inc.,
Dodger Theatricals, Ltd. and JB Viva Vegas, LP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO,<br><br>                    Plaintiff<br><br>v.<br><br>THOMAS GAETANO DEVITO et al.,<br><br>                    Defendants. | Case No.  2:08-cv-867-RCJ-PAL<br><br>**NEW DEFENDANTS'<br>MOTION TO SEAL EXHIBIT 1 IN<br>SUPPORT OF THEIR SUR-REPLY TO<br>PLAINTIFF'S "EMERGENCY"<br>OBJECTION TO MAGISTRATE<br>JUDGE'S APRIL 15, 2011, ORDERS** |

Pursuant to the *Stipulated Protective Order (Doc. 94)* and the Court's *Order Regarding Sealing Requirements (Doc. 95)*, New Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd. and JB Viva Vegas request leave to file certain documents under seal as Exhibit 1 to their Sur-Reply in response to Plaintiff's "Emergency" Objection to Magistrate Judge's April 15, 2011, Order (Dkt. #533).

//

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### POINTS & AUTHORITIES

Pursuant to the *Stipulated Protective Order (Doc. 94)* and the Court's *Order Regarding Sealing Requirements (Doc. 95)*, New Defendants seek to file the following documents under seal as Exhibit 1 to their Sur-Reply in response to Plaintiff's "Emergency" Objection to Magistrate Judge's April 15, 2011, Order:

1) Spreadsheet regarding confidential and sensitive financial information.

As mentioned, the proposed sealed documents are being filed in connection with non-dispositive discovery motions. "The public policies that support the right of access to dispositive motions, and related materials, do not apply with equal force to non-dispositive materials." *Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006)(*quoting Phillips v. General Motors Corp*., 307 F.3d 1206, 1213 (9th Cir. 2002)).  Indeed, the Ninth Circuit has "carved out an exception to the presumption of access to judicial records … for a sealed discovery document [attached] to a non-dispositive motion, such that the usual presumption of the public's right of access is rebutted." *Kamakana,* 447 F.3d at 1179 (*internal quotations and citations omitted*).

Because the proposed documents are being filed in connection with non-dispositive motions, they fall within the exception carved out by the Ninth Circuit and leave to file them under seal should be granted.  Moreover, there is good cause to seal the proposed financial documents because they are being filed pursuant to the *Order Regarding Sealing Requirements (Doc. 95)*.  "[W]hen a district court grants a protective order to seal documents during discovery, it already has determined that `good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana,* 447 F.3d at 1179-1180 (*quoting Philips,* 307 F.3d at 1213).

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2 of 4

There is additional good cause to file these two documents under seal because they contain sensitive and proprietary financial information.

## CONCLUSION

Based upon the foregoing, New Defendants request should be granted.


LIONEL SAWYER & COLLINS
MILLER KORZENIK SOMMERS LLP
LEOPOLD, PETRICH & SMITH, P.C.

By:  S/ David S. Korzenik
Samuel S. Lionel, Bar 1766
Maximiliano D. Couvillier III, Bar 7661
Daniel Mayeda (Pro Hac Vice)
David S. Korzenik (Pro Hac Vice)

Attorneys for Defendants Frankie Valli, Robert
J. Gaudio, Marshall Brickman, Eric S. Elice aka
Rick Elice, Des McAnuff, DSHT, Inc.,
Dodger Theatricals, Ltd. and JB Viva Vegas, LP



IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
Dated: June 3, 2011

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

## Certificate of Service

I certify that on June 2, 2011, I electronically filed the foregoing

**NEW DEFENDANTS' MOTION TO SEAL EXHIBIT 1 IN SUPPORT OF THEIR SUR-REPLY TO PLAINTIFF'S "EMERGENCY" OBJECTION TO MAGISTRATE JUDGE'S APRIL 15, 2011, ORDERS** and this certificate of service with the clerk of the Court using the ECF system which will send notification of such filing to the following:

John L. Krieger, Bar #6023
George L. Paul (*Pro Hac Vice*)
LEWIS & ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
JKrieger@lrlaw.com
Gpaul@lrlaw.com

Gregory H. Guillot (*Pro Hac Vice*)
GREGORY H. GUILLOT, PC
13455 Noel Road, Suite 1000
Dallas, Texas 75240
ggmark@radix.net

Attorneys for Plaintiff

L. Bradley Hancock (*Pro Hac Vice*)
Booker T. Evans, Bar #1209
Alma Chao, Bar #10538
GREENBERG, TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
evansb@gtlaw.com
chaoa@gtlaw.com

Attorneys for Defendant Thomas Gaetano DeVito

_____ S/Maximiliano D. Couvillier III _____
An employee of Lionel Sawyer & Collins

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888