Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 11 DONNA CORBELLO, an individual, | Case No.  2:08-cv-00867-RCJ-PAL |
| 12 Plaintiff, | ORDER |
| v. | **UNOPPOSED MOTION TO EXTEND TRIAL DATE** |
| 13 THOMAS GAETANO DEVITO, an | |
| 14 individual; FRANKIE VALLI, an individual; ROBERT J. GAUDIO, an individual; | **(First Request)**[1] |

11  DONNA CORBELLO, an individual,

12          Plaintiff,

    v.

13  THOMAS GAETANO DEVITO, an

14  individual; FRANKIE VALLI, an individual;
    ROBERT J. GAUDIO, an individual;

15  MARSHALL BRICKMAN, an individual;
    ERIC S. ELICE a/k/a/ Rick ELICE, an

16  individual; DES McANUFF, an individual;
    DSHT, INC. (formerly, "DODGER STAGE

17  HOLDING THEATRICALS, INC.), a
    Delaware corporation; DODGER

18  THEATRICALS, LTD., a New York
    corporation; and JB VIVA VEGAS, LP, a New

19  York limited partnership; JERSEY BOYS
    BROADWAY LIMITED PARTNERSHIP, and

20  JERSEY BOYS RECORDS LIMITED
    PARTNERSHIP, all New York limited

21  partnerships, SKUNK, INC., a New York
    corporation, and GETTING HOME, INC., a

22  Nevada corporation.

23          Defendants.

24

25

26  [1]  This is Defendant DeVito's first sole request to extend the trial date.  Defendant DeVito has, however, either been
    unopposed to or has agreed to stipulations on extensions for a variety of response dates, discovery dates, and trial dates

27  over the course of this litigation.

28

-1-

Defendant Thomas Gaetano DeVito ("DeVito"), by his attorneys, hereby proposes a modification to the Court's Scheduling Order, dated April 15, 2011 [Doc. No. 502], to extend the trial date currently scheduled for November 15, 2011.  Defendant DeVito's counsel has conferred with counsel for Plaintiff Donna Corbello and Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, DSHT, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, Jersey Boys Broadway Limited Partnership, Jersey Boys Records Limited Partnership, Skunk, Inc., and Getting Home, Inc. (the "New Defendants") who confirmed that they do not oppose the relief sought and approve of Defendant DeVito's proposal to extend the trial date by approximately 30 days.

Defendant DeVito's co-counsel, L. Bradley Hancock, and his wife are expecting a child in early November 2011.  Given the current trial date of November 15, 2011, Mr. Hancock, as co-lead trial counsel, will be preparing for or participating in a very complex trial during the final stage of his wife's pregnancy.  This presents a risk that Mr. Hancock would be absent from trial preparation or the trial itself in order to take care of his family.  Good cause exists for extending the trial date. Mr. Hancock's absence would be detrimental to Defendant DeVito's trial preparation and/or representation at trial.  Counsel for the Parties have conferred and are unopposed to extending the trial date by approximately 30 days to allow Mr. Hancock time to be with his family after the birth of his newborn child.  Defendant DeVito does not seek this extension to delay the trial or prejudice the other Parties.  Defendant DeVito is not seeking to extend discovery or other pre-trial deadlines in the Court's Scheduling Order dated April 15, 2011.

Accordingly, Defendant DeVito requests that the Court extend the currently-scheduled trial date by approximately 30 days and set a new trial date that is convenient for the Court, the Parties, and all counsel after such time has passed.

ORDER

IT IS SO ORDERED.

DATED:  07-05-2011.

_____
ROBERT C. JONES
Chief Judge