1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6
7    DONNA CORBELLO,                        )
8                          Plaintiff,        )        Case No. 2:08-cv-00867-RCJ-PAL
                                            )
9    vs.                                     )              **ORDER**
                                            )
10   THOMAS GAETANO DEVITO, *et al.,*        )
                                            )
11                         Defendants.       )
12   _____    )
13          Pursuant to the Order (Dkt. #551) entered July 5, 2011, granting the unopposed motion to
14   extend the trial date,
15          **IT IS ORDERED** that the Calendar Call scheduled for November 4, 2011, at 9:00 a.m., and the
16   Trial Date scheduled for November 15, 2011, at 8:30 a.m. is **VACATED** and **CONTINUED**.
17   Calendar Call is continued to **January 20, 2012 at 8:30 a.m.,** and the Trial Date is continued to
18   **January 31, 2012, at 8:30 a.m.,** in Las Vegas Courtroom TBD before Chief Judge Robert C. Jones.
19          Dated this 11th day of July, 2011.
20
21                                          _____
22                                          Peggy A. Leen
                                            United States Magistrate Judge
23
24
25
26
27
28