Gregory H. Guillot, Admitted *Pro hac vice*
gregroy@guillot-law.com
GREGORY H. GUILLOT, P.C.
13727 Noel Road, Suite 200
Dallas, TX 75240
Phone: (972) 774-4560
Fax: (214) 515-0411

J. Christopher Jorgensen (Nevada Bar No. 005382)
cjorgensen@lrrc.com
Lewis Roca Rothgerber Christie
3992 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:  (702) 474-2642
Facsimile:  (702) 216-6178

Robert H. McKirgan[1]
rmckirgan@lrrc.com
Randall Papetti
rpapetti@lrrc.com
Lawrence A. Kasten
lkasten@lrrc.com
Admitted *Pro hac vice*
LEWIS ROCA ROTHGERBER CHRISTIE
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5326
Fax: (602) 734-3857

Attorneys for Plaintiff,
DONNA CORBELLO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS GAETANO DEVITO, an individual, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(Second Request)** |

---

[1] Mr. McKirgan's firm name and email address have changed effective January 1, 2016.  A notice of name change will be filed shortly.

1

Plaintiff Donna Corbello, by her attorneys, and pursuant to LR 6-1 and 7-2, herewith requests an extension of time in which to file her *Reply* to the New Defendants' *Opposition* to Plaintiff's *Motion for Reconsideration*. Plaintiff's Reply is currently due on January 6, 2016. Plaintiff seeks a minor reprieve from the current deadline, through January 12, 2016, and represents that this will be her final such request. Counsel for New Defendants have indicated that New Defendants do not oppose this motion.

Plaintiff filed her *Motion for Reconsideration* (Doc. 876) on October 28, 2015. At New Defendants' request, Plaintiff stipulated to extending the due date for Defendants' *Opposition* to the *Motion for Reconsideration* to November 30, 2015, with a corresponding extension for Plaintiff's *Reply*. (Doc. 878.) At New Defendants' request, Plaintiff also agreed and stipulated to a second extension of time for their *Opposition*, through December 4, 2015, with a corresponding extension for Plaintiff's *Reply,* through December 30, 2016. (Doc. 879.) The Court granted both stipulations, extending the briefing schedule. (Docs. 880 and 881.) New Defendants then filed the *Opposition* (Doc. 882) by the extended deadline. Defendant DeVito did not file a response or opposition.

Subsequently, at Plaintiffs request, Plaintiff and New Defendants stipulated to extend the deadline for Plaintiff's *Reply* through January 6, 2016 (Doc. 884) and the Court granted that stipulation. (Doc. 885.)

By this *Motion*, Plaintiff seeks six more days to file her *Reply*. Counsel for New Defendants has indicated that they do not oppose this *Motion* so long as Plaintiff represents that she will not seek further extensions, which Plaintiff has done.

Plaintiff submits that good cause exists for the grant of the requested extension, beyond the fact of Defendants' non-opposition thereto. First, the holiday season impacted the amount of time counsel could work on the Reply given family and travel commitments. Second, following the holidays, Mr. Guillot had to deal with two client emergencies in other matters. Finally, Mr. McKirgan, who is a member of his firm's executive committee, is in committee meetings much

of this week relating to his firm's recent merger and compensation-setting. And, again, New Defendants do not oppose this request.

IN VIEW OF THE ABOVE, Plaintiff respectfully requests entry of the attached *Order*, indicating that she may file and serve her Reply to Doc. 882 on or before January 12, 2016.

RESPECTFULLY SUBMITTED:

By: /s/Gregory H. Guillot
    Gregory H. Guillot
    Robert H. McKirgan
    Randall S. Papetti
    Lawrence Kasten
    J. Christopher Jorgensen

*Attorneys for Plaintiff, Donna Corbello*

IT IS SO ORDERED:

_____
The Honorable Robert C. Jones
UNITED STATES DISTRICT JUDGE
Dated: January 6, 2016.

2449484.1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on January 6, 2016, I electronically filed the foregoing document and this certificate of service with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel M. Mayeda, Esq.
Leopold, Petrich & Smith, P.C.
2049 Century Park East, Suite 3110
Los Angeles, CA  90067-3274

David S. Korzenik, Esq.
Miller Korzenik Sommers LLP
488 Madison Avenue, Suite 1120
New York, NY  10022-5702

Max D. Couvillier, Esq.
Black & Lobello
10777 West Twain Avenue, Suite 300
Las Vegas, NV 89135

*Attorneys for the Non-DeVito Defendants*

L. Bradley Hancock, Esq.
Holland & Knight
1100 Louisiana, Suite 4300
Houston, TX  77002

*Attorneys for Defendant Thomas Gaetano DeVito*

    /s/Gregory H. Guillot
       Gregory H. Guillot

2449484.1