**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, | Case No.: 2:08-CV-00867-RCJ-PAL |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING** |
| THOMAS GAETANO DEVITO, *et al.*, | |
| Defendants. | |

**ORDER IN CHAMBERS**

    Presently before the Court, is Plaintiff's Motion for Reconsideration of the Court's September 30, 2015 Summary Judgment Order (Doc. 872). Accordingly,

    IT IS HEREBY ORDERED that ORAL ARGUMENT is set for 10:00 A.M. Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

    IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge