**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> vs.           ) <br> ) <br> THOMAS GAETANO DEVITO et al.,   ) <br> ) <br> Defendants.           ) | 2:08-cv-00867-RCJ-PAL <br><br> **ORDER** |

Plaintiff Donna Corbello is the widow and heir of Rex Woodard, who assisted Defendant Thomas Gaetano "Tommy" DeVito in writing his unpublished autobiography (the "Work"). Plaintiff alleges that DeVito and others wrongfully appropriated the Work to develop the screenplay for *Jersey Boys*, a hit musical based on the band The Four Seasons that has played in the United States, Canada, England, and Australia. The Court granted summary judgment to certain Defendants and certified the order for immediate appeal. The Court of Appeals reversed and remanded for further proceedings. The Court then determined on summary judgment that the Work would be entitled to "thin" copyright protection at trial. Plaintiff has asked the Court to reconsider. Having read the motion and related briefings, the Court declines to reconsider.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions for Leave to File Excess Pages (ECF Nos. 875, 890) and the Motion for an Extension of Time (ECF No. 889) are GRANTED.

IT IS FURTHER ORDERED that the Motion to Reconsider (ECF No. 876) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of March, 2016.

_____
ROBERT C. JONES
United States District Judge