DANIEL M. MAYEDA *(Admitted Pro Hac Vice)*
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel:  (310) 277-3333 • Fax:  (310) 277-7444
Email: dmayeda@lpsla.com

DAVID S. KORZENIK *(Admitted Pro Hac Vice)*
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue, Suite 1120
New York, New York 10022-5702
Tel:  (212) 752-9200 • Fax:  (212) 688-3996
Email: dkorzenik@mkslex.com

MAXIMILIANO D. COUVILLIER, III [NSB #7661]
TODD KENNEDY [NSB #6014]
BLACK & LOBELLO
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Tel: (702) 869-8801 • Fax: (702) 869-2669
Email: mcouvillier@blacklobellolaw.com
Email: tkennedy@blacklobellolaw.com

Attorneys for Defendants
FRANKIE VALLI, ROBERT J. GAUDIO, MARSHALL BRICKMAN, ERIC S. ELICE, DES McANUFF, MICHAEL S. DAVID, DSHT, INC., DODGER THEATRICALS, LTD., JB VIVA VEGAS, L.P., JERSEY BOYS BROADWAY LIMITED PARTNERSHIP, SKUNK, INC. AND GETTING HOME, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GAETANO DEVITO, an individual, et al.,<br><br>Defendants. | **CASE NO. 2:08-cv-00867-RCJ-PAL**<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION**<br><br>U.S. District Judge Robert C. Jones, Reno Courthouse<br><br>U.S. Magistrate Judge Peggy A. Leen |

LEOPOLD, PETRICH & SMITH
A Professional Corporation

**JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION**

37683.docx

Currently pending before the Court are Plaintiff's Motion for Partial Summary Judgment on the Second Affirmative Defense (Licensed Use) in New Defendants' Answer to Plaintiff's Third Amended Complaint (ECF #928); Plaintiff's Motion for Partial Summary Judgment re Lapse of 1999 Agreement (ECF #933); New Defendants' Motion for Partial Summary Judgment on the Issue of Fair Use, and on the Absence of any Remaining Similarities (ECF #934); and New Defendants' Motion for Summary Judgment on Plaintiff's Foreign Claims of Copyright Infringement (ECF #935) (collectively, "the Motions").  Per Order of this Court dated May 19, 2016 (ECF #938), oral argument for the Motions has been set for 10:00 A.M., July 28, 2016.

The current deadline for Opposition to the Motions is May 26, 2016.  This deadline is problematic for the parties for a number of reasons.  As to New Defendants, counsel with both the Leopold, Petrich & Smith law firm and the Miller Korzenik Sommers law firm have preexisting commitments (a corporate advisory council annual meeting; a memorial service) requiring their attendance on May 26, 2016, as well as related travel immediately preceding that date.  As to Plaintiff, lead counsel, Gregory H. Guillot, was engaged, almost full-time, in reply briefing and motion practice before the Ninth Circuit Court of Appeals in another case, from May 3, 2016 – the day following service of the dispositive motions herein – to May 17, 2016, and accordingly, has not yet been unable to devote adequate time to Plaintiff's responses to New Defendants' motions; co-counsel, Robert H. McKirgan, is leaving this week for a long-scheduled family vacation; and, Plaintiff's response to New Defendants' Motion for Summary Judgment on Plaintiff's Foreign Claims of Copyright Infringement requires consultation with foreign law firms in Australia, Canada, and the United Kingdom, and this process is not yet complete.  The parties have met and conferred through counsel and agreed to extend the deadline for Opposition to the Motions to June 20, 2016, with an agreed-upon deadline for Replies in support of the Motions of July 11, 2016.  **The parties have further agreed and**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

37683.docx

1
JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION

**hereby represent to the Court that this will be the <u>only</u> request for an extension regarding the briefing schedule for the Motions and there will be no request to continue the July 28, 2016 hearing thereon, set by the Court in its Order (ECF #938)** dated May 19, 2016.

Accordingly, all parties now stipulate, agree and request that the parties be accorded through June 20, 2016 within which to respond to the Motions, and through July 11, 2016 within which to file replies in support thereof.

DATED: May 23, 2016         /s/ David S. Korzenik
                            DAVID S. KORZENIK
                            MILLER, KORZENIK, SOMMERS LLP

                            DANIEL M. MAYEDA
                            LEOPOLD, PETRICH & SMITH, P.C.

                            Attorneys for Defendants
                            FRANKIE VALLI, ROBERT J. GAUDIO,
                            MARSHALL BRICKMAN, ERIC S. ELICE,
                            DES McANUFF, DSHT, INC., DODGER
                            THEATRICALS, LTD., JB VIVA VEGAS, L.P.,
                            MICHAEL S. DAVID, JERSEY BOYS
                            BROADWAY L.P., SKUNK, INC. and
                            GETTING HOME, INC.


DATED: May 23, 2016         /s/ Robert H. McKirgan
                            ROBERT H. McKIRGAN
                            GREGORY H. GUILLOT, PC

                            GREGORY H. GUILLOT
                            LEWIS ROCA ROTHGERBERGER CHRISTIE

                            J. CHRISTOPHER JORGENSON
                            LEWIS ROCA ROTHGERBERGER CHRISTIE

                            Attorneys for Plaintiff
                            DONNA CORBELLO

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

2

**JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION**

37683.docx

IT IS SO ORDERED.

_____
United States District Judge
Robert C. Jones

May 31, 2016

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

3

JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION

37683.docx

# CERTIFICATE OF SERVICE

I certify that on May 23, 2016, I electronically filed the foregoing **JOINT STIPULATION RE BRIEFING SCHEDULE FOR THE PARTIES' PENDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS; REQUEST FOR ORDER APPROVING STIPULATION** and this certificate of service with the clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gregory H. Guillot<br>GREGORY H. GUILLOT, PC<br>13727 Noel Road<br>Tower II, Suite 200<br>Dallas, Texas 75240 | Attorneys for Plaintiff<br>Donna Corbello<br>Tel: 972-774-4560<br>Fax: 214-515-0411<br>Email: gregory@guillot-law.com |
| Robert H. McKirgan<br>LEWIS ROCA ROTHGERBER LLP<br>201 East Washington Street<br>Suite 1200<br>Phoenix, AZ 85004-2595 | Attorney for Plaintiff<br>Donna Corbello<br>Tel: 602-262-5326<br>Fax: 602-734-3874<br>Email: RMcKirgan@LRRLaw.com |
| J. Christopher Jorgensen<br>LEWIS ROCA ROTHGERBER LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169 | Attorney for Plaintiff<br>Donna Corbello<br>Tel: 702-474-2642<br>Fax: 702-216-6178<br>Email: cjorgenson@lrrc.com |
| L. Bradley Hancock<br>HOLLAND & KNIGHT LLP<br>1100 Louisiana Street<br>Suite 4300<br>Houston, Texas 77002 | Attorneys for Defendant<br>Thomas Gaetano DeVito<br>Tel: 713-821-7000<br>Fax: 713-821-7001<br>Email: brad.hancock@hklaw.com |
| Maximiliano D. Couvillier, III<br>Todd Kennedy<br>BLACK & LOBELLO<br>10777 West Twain Avenue<br>Third Floor<br>Las Vegas, Nevada 89135 | Attorneys for Defendants<br>Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, Michael S. David, DSHT, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, Ltd., Jersey Boys Broadway Limited, Jersey Boys Records Limited, Skunk, Inc. and Getting Home, Inc.<br>Tel: (702) 869-8801<br>Fax: (702) 869-2669<br>Email: mcouvillier@blacklobellolaw.com<br>Email: tkennedy@blacklobellolaw.com |

| | |
|---|---|
| David S. Korzenik<br>MILLER KORZENIK SOMMERS LLP<br>488 Madison Avenue, Suite 1120<br>New York, New York 10022 | Attorneys for Defendants<br>Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, Michael S. David, DSHT, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, Ltd., Jersey Boys Broadway Limited, Jersey Boys Records Limited, Skunk, Inc. and Getting Home, Inc.<br>Tel:  212-752-9200<br>Fax: 212-688-3996<br>Email:  DKorzenik@mkslex.com |

 /s/ Kathryn Toyama
_____
An employee of Leopold, Petrich
& Smith, P.C.