**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA CORBELLO, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS GAETANO DEVITO, an Individual, *et al.*,<br><br>    Defendants. | Case No.: 2:08-CV-00867-RCJ-PAL<br><br>**ORDER VACATING AND RESCHEDULING ORAL ARGUMENT** |

**ORDER IN CHAMBERS**

Presently before the Court is Plaintiff's Motion for Partial Summary Judgment on the Second Affirmative Defense (Licensed Use) in New Defendants' Answer to Plaintiff's Third Amended Complaint (ECF #928); Plaintiff'S Motion for Leave to File Documents Under Seal to be Attached to Separate Statement of Facts in Support of Motion for Summary Judgment on the Second Affirmative Defense (Licensed Use) (ECF #927); Plaintiff's Motion for Leave to File Documents Under Seal in Support of Motion for Partial Summary Judgment RE: Lapse of 1999 Agreement (ECF #931); Plaintiff's Motion for Partial Summary Judgment Re: Lapse of 1999 Agreement (ECF #933); New Defendants' Motion for Partial Summary Judgment on the Issue of Fair Use, and on the Absence of any Remaining Similarities (ECF #934); and New Defendants' Motion for Summary Judgment on Plaintiff's Foreign Claims of Copyright Infringement (ECF #935);   Accordingly,

IT IS HEREBY ORDERED that Oral Argument currently set for 10:00 A.M., Thursday, July 28, 2016, in LAS VEGAS Courtroom 4B,  is VACATED and RESCHEDULED to 09:00 A.M., Friday, July 29, 2016, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 7th day of July, 2016.

_____
ROBERT C. JONES
District Judge