UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA CORBELLO,<br><br>                              Plaintiff,<br>v.<br><br>THOMAS GAETANO DEVITO, et al.,<br><br>                            Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**ORDER**<br><br>(Mot. Excess Pages – ECF No. 942;<br>Mot. to Strike – ECF No. 946) |

This matter is before the court on Plaintiff Donna Corbello's Motion for Leave to File Excess Pages (ECF No. 942). The court has considered this Motion, Defendants' Response and Supplement (ECF No. 943, 953), and Plaintiff's Reply and Objection (ECF Nos. 954, 955). Also before the court is Defendants'[1] Motion to Strike Plaintiff's Separate Statement of Facts (ECF No. 946). The court has also considered Plaintiff's Response (ECF No. 957).

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Excess Pages (ECF No. 942) is GRANTED.
2. Defendants Motion to Strike Plaintiff's Separate Statement of Facts (ECF No. 946) is DENIED.

Dated this 3rd day of August, 2016.

                                                                    PEGGY A. LEEN
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The moving defendants are Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, Michaels. David, Dsht, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, L.P., Jersey Boys Broadway Limited Partnership, Jersey Boys Records Limited Partnership, Skunk, Inc. and Getting Home, Inc.