1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9
10
11
12

|  |  |
|---|---|
| _____ ) | |
| DONNA CORBELLO, ) | |
| ) | |
| Plaintiff, ) | 2:08-cv-00867-RCJ-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THOMAS GAETANO DEVITO et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

13       Plaintiff Donna Corbello is the widow and heir of Rex Woodard, who assisted Defendant

14   Thomas Gaetano "Tommy" DeVito in writing his unpublished autobiography (the "Work").

15   Plaintiff alleges that DeVito and others wrongfully appropriated the Work to develop the

16   screenplay for *Jersey Boys*, a hit musical based on the band The Four Seasons that has played in

17   the United States, Canada, England, and Australia.  The Court has determined that the Work will

18   be entitled to "thin" copyright protection at trial.  The Court denied Plaintiff's motion to

19   reconsider.  Plaintiff has now asked the Court to certify the order for interlocutory review.

20   Defendants have opposed the motion, arguing that the standards of 28 U.S.C. § 1292(b) have not

21   been satisfied and noting that impending summary judgment motions may moot the issue, in any

22   case.  The Court declines to certify the order for interlocutory review.

23   ///

24

1

## CONCLUSION

2       IT IS HEREBY ORDERED that the Motion to Certify (ECF No. 917) is DENIED.

3       IT IS SO ORDERED.

4  Dated this 7th day of September, 2016.

5

6       _____
                ROBERT C. JONES
7           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24