UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DONNA CORBELLO, | |
| Plaintiff, | Case No. 2:08-CV-0867-RCJ-PAL |
| vs. | |
| | MINUTES OF COURT |
| THOMAS GAETANO DEVITO, et. al., | |
| Defendant. | Date: November 18, 2016 |

PRESENT:
THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  LESA ETTINGER    REPORTER:  MARGARET GRIENER

COUNSEL FOR THE PLAINTIFF:  ROBERT MCKIRGAN, RANDY PAPETTI, TODD ERB, GREGORY GUILLOT

COUNSEL FOR THE DEFENDANTS:  DAVID KORZENIK, DANIEL MAYEDA, MONA HOUCK, MAXIMILIANO COUVILLIER, TODD KENNEDY

**PROCEEDINGS: JURY TRIAL (DAY FOURTEEN)**

Also present in the courtroom is Donna Corbello at Plaintiff counsel table.

8:52 a.m. Court convenes outside the presence of the jury. Court and counsel confer.

9:22 a.m. Jurors enter the Courtroom.

**Douglas Wright,** previously sworn, resumes the stand and testifies on cross examination by Mr. Papetti; redirect by Mr. Korzenik, then excused.

9:41 a.m. The jury is admonished and excused. Court stands at recess.

10:48 a.m. Court reconvenes outside the presence of the jury. Court and counsel confer.

10:52 a.m. Jurors enter the Courtroom.

The Court reads to the jury the parties stipulation re: testimony of Edward Stron.

Defendants rest.

2:08-cv-0867-RCJ-PAL
page 2
11/18/2016

_____

11:19 a.m.  The jury is admonished and excused for the evening and shall return Monday, 11/21/2016 at 9:00 a.m.  Court remains in session outside the presence of the jury.

Mr. McKirgan makes an oral Rule 50 motion.  Mr. Korzenik present argument.

12:17 p.m.  Court stands at recess.

12:25 p.m.  Court reconvenes.

Court rules on the motion and make finding for the record.

12:31 p.m.  Court stands at recess.

1:42 p.m.  Court reconvenes.

Court and counsel settle jury instructions and verdict form.

**IT IS ORDERED** that trial is continued to Monday, 11/21/2016 at 9:00 a.m.

4:32 p.m.  Court adjourns.


                                        LANCE S. WILSON, CLERK
                                        By: /s/_____
                                            Lesa Ettinger, Deputy Clerk