# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

DONNA CORBELLO

    Plaintiff(s),

vs.

THOMAS GAETANO DEVITO, et. al.,

    Defendant(s),

CASE NO: 2:08-CV-0867-RCJ-PAL

```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

            NOV 28 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                        DEPUTY
```

# REDACTED VERDICT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONNA CORBELLO,

  Plaintiff,

vs.

THOMAS GAETANO DEVITO et al.,

  Defendants.

2:08-cv-00867-RCJ-PAL

**VERDICT FORM**

  WE THE JURY, having fully deliberated in this matter, have reached a unanimous verdict as to Plaintiff's claims against Defendants and Defendants' affirmative defenses, as follows:

1. Did Tommy DeVito grant Defendants an implied license to use the unpublished autobiography *Tommy DeVito — Then and Now* in the creation of the *Jersey Boys* play?

  Yes _____  No  ✓

**If you answered "Yes" to Question 1, STOP, have the Presiding Juror sign and date this Verdict Form, and notify the bailiff that you have reached a verdict (do not tell the bailiff what the verdict is). Otherwise, continue to Question 2.**

2. Does the play *Jersey Boys* infringe Plaintiff Donna Corbello's copyright in the unpublished autobiography *Tommy DeVito — Then and Now*?

  Yes  ✓  No _____

**If you answered "No" to Question 2, STOP, have the Presiding Juror sign and date this Verdict Form, and notify the bailiff that you have reached a verdict (do not tell the bailiff what the verdict is). Otherwise, continue to Question 3.**

1

3. Did the use, if any, of the unpublished autobiography *Tommy DeVito — Then and Now* in the play *Jersey Boys* constitute fair use?

Yes _____    No ___✓___

**If you answered "Yes" to Question 3, STOP, have the Presiding Juror sign and date this Verdict Form, and notify the bailiff that you have reached a verdict (do not tell the bailiff what the verdict is). Otherwise, continue to Question 4.**

4. What percentage of the success of the play *Jersey Boys* is attributable to infringement of the unpublished autobiography *Tommy DeVito — Then and Now*?

___10___ %

5. Which Defendants are liable for the infringement you found in Question 3? Select all that apply using an "X" in the appropriate place(s).

|  | Direct Infringement | Vicarious Infringement | Contributory Infringement |
|---|---|---|---|
| Michael S. David | X | X |  |
| Marshall S. Brickman | X |  |  |
| Eric S. Elice | X |  |  |
| Des McAnuff | X |  |  |
| DSHT, Inc. | X |  |  |
| Dodger Theatricals, Ltd. | X |  |  |
| Jersey Boys Broadway Limited Partnership | X |  |  |
| JB Viva Vegas | X |  |  |
| Skunk, Inc | X |  |  |
| Getting Home, Inc | X |  |  |

**Have the Presiding Juror sign and date this Verdict Form, and notify the bailiff that you have reached a verdict (do not tell the bailiff what the verdict is).**

Dated this __28__ day of November, 2016.

PRESIDING JUROR

2