DANIEL M. MAYEDA *(Admitted Pro Hac Vice)*
**LEOPOLD, PETRICH & SMITH, P.C.**
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
Email: dmayeda@lpsla.com

DAVID S. KORZENIK *(Admitted Pro Hac Vice)*
**MILLER KORZENIK SOMMERS RAYMAN LLP**
488 Madison Avenue, Suite 1120
New York, New York 10022-5702
Tel: (212) 752-9200 • Fax: (212) 688-3996
Email: dkorzenik@mkslex.com

MAXIMILIANO D. COUVILLIER, III [NSB #7661]
TODD KENNEDY [NSB #6014]
**BLACK & LOBELLO**
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Tel: (702) 869-8801 • Fax: (702) 869-2669
Email: mcouvillier@blacklobello.law
Email: tkennedy@blacklobello.law

Attorneys for Defendants
FRANKIE VALLI, ROBERT J. GAUDIO, MARSHALL BRICKMAN,
ERIC S. ELICE, DES McANUFF, MICHAEL S. DAVID, DSHT, INC.,
DODGER THEATRICALS, LTD., JB VIVA VEGAS, L.P., JERSEY BOYS
BROADWAY LIMITED PARTNERSHIP, JERSEY BOYS RECORDS
LIMITED PARTNERSHIP, SKUNK, INC. AND GETTING HOME, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CORBELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GAETANO DEVITO, an individual, et al.,<br><br>Defendants. | **CASE NO. 2:08-cv-00867-RCJ-PAL**<br><br>**STIPULATION RE: SUPPLEMENTING DAY 3 TRIAL TRANSCRIPT WITH TIME CODES FOR PLAYED VIDEO**<br><br>Trial: October 31, 2016<br><br>U.S. District Judge Robert C. Jones |

Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and agree, subject to Order of the Court, that the Official Trial Transcript for Day 3 of the Trial, November 2, 2016, should be supplemented by inserting into the Transcript, where appropriate, the

"time codes" for the stipulated video performances of "Jersey Boys" that were played for the jury.

Such supplementation is required in order to clarify and preserve the record to show what segments of the video were played for the jury during trial on Day 3.

The stipulated insertions are as follows:

(1)  At page 373, line 25: DVD time code 20:25-25:20

(2)  At page 377, line 10: DVD time code 1:23:58-1:33:08

Dated: November 28, 2016

IT IS SO STIPULATED:

By: /s/Todd D. Erb
   Gregory H. Guillot
   Robert H. McKirgan
   Randall S. Papetti
   Lawrence Kasten
   Todd D. Erb
   J. Christopher Jorgensen

*Attorneys for Plaintiff, Donna Corbello*

By: /s/David S. Korzenik
   David S. Korzenik
   MILLER KORZENIK SOMMERS LLP

   Daniel M. Mayeda
   LEOPOLD, PETRICH & SMITH

*Attorneys for New Defendants, Frankie Valli, Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des Mcanuff, DSHT, Inc., Dodger Theatricals, Ltd., Jb Viva Vegas, L.P., Michael S. David, Jersey Boys Broadway L.P., Jersey Boys Records L.P., Skunk, Inc. And Getting Home, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 6, 2016

## **CERTIFICATE OF SERVICE**

I certify that on <u>November 28, 2016</u>, I electronically filed the foregoing document and this certificate of service with the clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gregory H. Guillot<br>GREGORY H. GUILLOT, PC<br>13727 Noel Road<br>Tower II, Suite 200<br>Dallas, Texas 75240 | *Attorneys for Plaintiff*<br>*Donna Corbello*<br>Tel:  972-774-4560<br>Fax:  214-515-0411<br>Email: gregory@guillot-law.com |
| Robert H. McKirgan<br>LEWIS  ROCA ROTHGERBER LLP<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004-2595 | *Attorney for Plaintiff*<br>*Donna Corbello*<br>Tel:  602-262-5326<br>Fax:  602-734-3874<br>Email:  RMcKirgan@lrrc.com |
| Maximiliano D. Couvillier, III<br>Todd Kennedy<br>BLACK & LOBELLO<br>10777 West Twain Avenue<br>Third Floor<br>Las Vegas, Nevada 89135 | *Attorneys for Defendants*<br>*Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, Michael S. David, DSHT, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, Ltd., Jersey Boys Broadway Limited, Jersey Boys Records Limited, Skunk, Inc. and Getting Home, Inc.*<br>Tel: (702) 869-8801/ Fax: (702) 869-2669<br>Email: mcouvillier@blacklobello.law<br>Email: tkennedy@blacklobello.law |
| David S. Korzenik<br>MILLER KORZENIK SOMMERS LLP<br>488 Madison Avenue, Suite 1120<br>New York, New York 10022 | *Attorneys for Defendants*<br>*Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Des McAnuff, Michael S. David, DSHT, Inc., Dodger Theatricals, Ltd., JB Viva Vegas, Ltd., Jersey Boys Broadway Limited, Jersey Boys Records Limited, Skunk, Inc. and Getting Home, Inc.*<br>Tel:  212-752-9200/Fax:  212-688-3996<br>Email:  DKorzenik@mkslex.com |

/s/   Todd E. Kennedy