UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONNA CORBELLO,<br><br>　　　　　Plaintiff,<br>v.<br>THOMAS GAETANO DEVITO, et al.,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00867-RCJ-PAL<br><br>**ORDER**<br><br>(Sealed Exhibit – ECF No. 951-4) |

　　　　This matter is before the court on Defendants' failure to respond to the court's Order (ECF No. 969) denying Plaintiff's Motion to Seal (ECF No. 949) without prejudice and instructing Defendants to file a memorandum of points and authorities and any supporting declaration or affidavit to make a particularized showing as to why certain documents should remain under seal. The motion sought leave to file under seal documents submitted as exhibits in the briefing related to the New Defendants' Motion for Partial Summary Judgment (ECF No. 934). *See* Sealed Exhibits (ECF No. 951). In a prior Order (ECF No. 136), the court found compelling reasons to seal the documents identified as Exhibits 10, 17, and 24. The court instructed Defendants to make a particularized showing on or before August 5, 2016, for Exhibit 18 (ECF No. 951-4), a copy of certain Defendants' agreement with Metropolitan Entertainment Group for the production of a musical stage play about the life and music of the Four Seasons, bearing control numbers JB-0005239 through JB-0005261. *See* Order (ECF No. 969). However, no response was filed and the deadline to do so has now expired. The parties were cautioned that if they failed to timely comply with the Order, the Clerk of the Court would be directed to unseal the documents to make them available on the public docket.

/ / /

/ / /

1

Accordingly,

**IT IS ORDERED** the Clerk of the Court shall UNSEAL Exhibit 18 (ECF No. 951-4).

Dated this 21st day of July, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2